UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PRUDENTIAL EQUITY GROUP, LLC

       Plaintiff

-VS-

THOMAS R. AJAMIE, AJAMIE LLP, ROBERT WEISS, ROBERT H. WEISS & ASSOCIATES, LLP, JOHN MOSCOW, ROSNER NAPIERALA, LLP, BRIAN ROSNER, DAVID ROBBINS, KAUFMANN FEINDER YAMIN GILDIN & ROBBINS, LLP, WALLACE SHOWMAN, BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP, ROBERT KRAUS, KRAUS & ZUCHLEWSKI LLP, MARTIN KROLL, KROLL, MOSS & KROLL LLP, JOHN DOES 1-25, and ABC CORPORATIONS 1-25

       Defendants

CASE NO.    07CV5606 (JSR)
BOND NO:    929426235

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/14/07

---

WHEREAS, by Order of the above entitled Court, Prudential Equity Group, LLC, Plaintiff, is required to file an undertaking in the sum of Twenty Five Thousand & 00/100 Dollars ($25,000.00) as a condition for a Temporary Restraining Order to be restraining and enjoining the above named Thomas R. Ajamie, Ajamie LLP, Robert Weiss, Robert H. Weiss & Associates, LLP, John Moscow, Rosner Napierala, LLP, Brian Rosner, David Robbins, Kaufmann Feinder Yamin Gildin & Robbins, LLP, Wallace Showman, Bernstein Litowitz Berger & Grossmann LLP, Robert Kraus, Kraus & Zuchlewski LLP, Martin Kroll, Kroll, Moss & Kroll LLP, John Does 1-25 and ABC Corporations 1-25, Defendants, pending the hearing and determination of plaintiff's pending motion, as more fully set forth in the Order.

NOW, THEREFORE, the Western Surety Company, a corporation organized and existing under the laws of the South Dakota and authorized to transact the business of surety in the State New York, as Surety, in consideration of the premises and issuance of said Temporary Restraining Order does hereby undertake to pay all costs and disbursements that may be decreed to the Defendant, under said Temporary Restraining Order, such damages not exceeding the amount of Twenty Five Thousand & 00/100 Dollars ($25,000.00), Dollars as the Defendant, may sustain by reason of said Temporary Restraining Order if the Court finds the same was wrongfully as without sufficient cause.

IN WITNESS WHEREOF, we have set our hand and seal this 13th Day of June, 2007

WESTERN SURETY COMPANY

_/s/ Mary Lawrence_
Mary Lawrence, Attorney-in-Fact

Received for filing this _____ day of _____, _____.

Clerk of the Court

_____
by Deputy Clerk

Approved As To Form
J. Michael McMahon
Clerk
By /s/ Dep. Clerk

## SURETY ACKNOWLEDGEMENT

STATE OF NEW JERSEY
COUNTY OF MORRIS

On June 13, 2007 before me personally came Mary Lawrence to me known to be an Attorney-in-Fact of Western Surety Company, the corporation described in the within instrument, and she acknowledged that she executed the within instrument as the act of the said Western Surety Company in accordance with authority duly conferred upon her by said company.

*April Perez*
Notary Public

APRIL PEREZ
Notary Public State of New Jersey
My Commission Expires Feb. 22, [illegible]

## PRINCIPAL ACKNOWLEDGEMENT

STATE OF
COUNTY OF

On this _____ day of _____, 2005, before me personally came

_____ to me known to be a _____ of

_____, the corporation described in the within instrument, and

he/she executed the within instrument as the act of the said _____

in accordance with authority duly conferred upon him/her by said company.

_____
Notary Public

# Western Surety Company

## POWER OF ATTORNEY APPOINTING INDIVIDUAL ATTORNEY-IN-FACT

Know All Men By These Presents, That WESTERN SURETY COMPANY, a South Dakota corporation, is a duly organized and existing corporation having its principal office in the City of Sioux Falls, and State of South Dakota, and that it does by virtue of the signature and seal herein affixed hereby make, constitute and appoint

**Natalie Reingold, Ely Psijas, Mary Lawrence, James P Holland, Debra L Teplitzky, Christopher J Mc Carty, Michael D Seff, Theresa Giraldo, Shirley A Dewely, Jeanne M Barrett, Suzanne L Polow, Tatyana Ofenbakh, Joseph T Catania, Tracey D Watson, Individually**

of Morristown, NJ, its true and lawful Attorney(s)-in-Fact with full power and authority hereby conferred to sign, seal and execute for and on its behalf bonds, undertakings and other obligatory instruments of similar nature

### - In Unlimited Amounts -

and to bind it thereby as fully and to the same extent as if such instruments were signed by a duly authorized officer of the corporation and all the acts of said Attorney, pursuant to the authority hereby given, are hereby ratified and confirmed.

This Power of Attorney is made and executed pursuant to and by authority of the By-Law printed on the reverse hereof, duly adopted, as indicated, by the shareholders of the corporation.

In Witness Whereof, WESTERN SURETY COMPANY has caused these presents to be signed by its Senior Vice President and its corporate seal to be hereto affixed on this 25th day of October, 2006.

WESTERN SURETY COMPANY

Paul T. Bruflat, Senior Vice President

State of South Dakota } ss
County of Minnehaha }

On this 25th day of October, 2006, before me personally came Paul T. Bruflat, to me known, who, being by me duly sworn, did depose and say: that he resides in the City of Sioux Falls, State of South Dakota; that he is the Senior Vice President of WESTERN SURETY COMPANY described in and which executed the above instrument; that he knows the seal of said corporation; that the seal affixed to the said instrument is such corporate seal; that it was so affixed pursuant to authority given by the Board of Directors of said corporation and that he signed his name thereto pursuant to like authority, and acknowledges same to be the act and deed of said corporation.

My commission expires

November 30, 2012

D. KRELL
NOTARY PUBLIC
SOUTH DAKOTA

D. Krell, Notary Public

### CERTIFICATE

I, L. Nelson, Assistant Secretary of WESTERN SURETY COMPANY do hereby certify that the Power of Attorney hereinabove set forth is still in force, and further certify that the By-Law of the corporation printed on the reverse hereof is still in force. In testimony whereof I have hereunto subscribed my name and affixed the seal of the said corporation this 13th day of June, 2007.

WESTERN SURETY COMPANY

L. Nelson, Assistant Secretary

Form F4280-09-06

**WESTERN SURETY COMPANY**
Sioux Falls, South Dakota
Statement of Condition and Affairs
December 31, 2006

### ASSETS

| | |
|---|---:|
| Bonds | $746,774,301 |
| Stocks | 18,582,255 |
| Cash and short-term investments | 92,003,241 |
| Other invested assets | 22,130 |
| Uncollected premiums and agents' balances | 38,560,254 |
| Amounts recoverable from reinsurers | 1,741,076 |
| Funds held by or deposited with reinsured companies | 33,145,165 |
| Federal income tax recoverable | 856,171 |
| Net deferred tax asset | 15,833,057 |
| Electronic data processing equipment and software | 1,669,285 |
| Investment income due and accrued | 9,662,524 |
| Other assets | 792,731 |
| Total Assets | $959,642,190 |

### LIABILITIES AND SURPLUS

| | |
|---|---:|
| Losses | $217,493,474 |
| Loss adjustment expense | 56,465,342 |
| Contingent and other commissions payable | 3,924,607 |
| Other expense | 19,371,110 |
| Taxes, licenses and fees | 3,197,224 |
| Unearned premiums | 244,883,556 |
| Retroactive reinsurance reserve assumed | 10,535,196 |
| Other liabilities | 54,756,509 |
| Total Liabilities | 610,627,018 |

Surplus Account:
| | | |
|---|---:|---:|
| Capital paid up | $4,000,000 | |
| Gross paid in and contributed surplus | 176,435,232 | |
| Unassigned funds | 168,579,940 | |
| Surplus as regards policyholders | | $349,015,172 |
| Total Liabilities and Capital | | $959,642,190 |

I, Philip E. Lundy, Vice President and Treasurer of Western Surety Company hereby certify that the above is an exact copy of the financial statement of the Company dated December 31, 2006, as filed with the various Insurance Departments and is a true and correct statement of the condition of Western Surety Company as of that date.

Western Surety Company

By _____
Vice President, Treasurer

Subscribed and sworn to me this 20 day of February, 2007.

My commission expires:
KATHRYN J. SCHROEDER
My Commission Expires 7-21-2009

_____
Notary Public