UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X

PRUDENTIAL EQUITY GROUP, LLC, : Action No. 07 CV 5606 (JSR)

                Plaintiff, :

              -against- :

THOMAS R. AJAMIE, AJAMIE LLP, ROBERT :
WEISS, ROBERT H. WEISS & ASSOCIATES,
LLP, JOHN MOSCOW, BRIAN ROSNER,
ROSNER NAPIERALA LLP, DAVID
ROBBINS, KAUFMANN FEINDER YAMIN    **AFFIDAVIT OF SERVICES**
GILDIN & ROBBINS, LLP, WALLACE
SHOWMAN, BERNSTEIN LITOWITZ
BERGER & GROSSMANN LLP, ROBERT
KRASUS, KRAUS & ZUCHLEWSKI LLP,
MARTIN KROLL, KROLL MOSS & KROLL
LLP, JOHN DOES 1-25, and ABC
CORPORATIONS 1-25,

                Defendants. :

------------------------------------------------------------------ X
STATE OF NEW YORK  )
                ) ss:
COUNTY OF NEW YORK  )

      ALLEN F. HEALY, being duly sworn, deposes and says:

      1.   I am not a party to this action, am over 18 years of age and reside in Bronx, New York.

      2.   On June 13, 2007, at approximately 4:11 pm, I served, by Federal Express, true copies of the Civil Cover Sheet, Summons In A Civil Case, Complaint For Interpleader, Individual Rules Of Practice For Hon. Jed S. Rakoff, Individual Practices Of Magistrate Judge Andrew J. Peck, Procedures For Electronic Case Filing, 3rd Amended Instructions For Filling An Electronic Case Or Appeal, Guidelines For

Electronic Case Filing, Order To Show Cause, Declaration Of Karen D. Coombs, and Memorandum Of Law In Support Of Plaintiff's Order To Show Cause For An Injunction Pursuant To 28 U.S.C. § 2361, upon the following.

Thomas R. Ajamie
c/o Ajamie LLP
711 Louisiana, Suite 2150
Houston TX 77002

Ajamie LLP
711 Louisiana, Suite 2150
Houston TX 77002

Robert Weiss
c/o Robert H. Weiss & Associates, P.C.
50 Jericho Turnpike
Jericho, NY 11753

Robert H. Weiss & Associates, P.C.
50 Jericho Turnpike
Jericho, NY 11753

Brian Rosner
c/o Rosner Napierala, LLP
26 Broadway, 22nd Floor
New York, NY 10004

Rosner Napierala, LLP
26 Broadway, 22nd Floor
New York, NY 10004

David Robbins
c/o Kaufmann Feinder Yamin
Gildin & Robbins, LLP
777 Third Avenue, 24th Floor
New York, NY 10017

Kaufmann Feinder Yamin
Gildin & Robbins, LLP
777 Third Avenue, 24th Floor
New York, NY 10017

Wallace Showman
c/o Bernstein Litowitz Berger &
Grossmann LLP
1285 Avenue of the Americas, 38th Floor
New York, NY 10019

Bernstein Litowitz Berger &
Grossmann LLP
1285 Avenue of the Americas, 38th Floor
New York, NY 10019

Robert Kraus
c/o Kraus & Zuchlewski LLP
500 Fifth Avenue, Suite 5100
New York, NY 10110

Kraus & Zuchlewski LLP
500 Fifth Avenue, Suite 5100
New York, NY 10110

Martin Kroll
c/o Kroll Moss & Kroll LLP
400 Garden City Plaza, Suite 310
Garden City, NY 11530

Kroll Moss & Kroll LLP
400 Garden City Plaza, Suite 310
Garden City, NY 11530

John Moscow
924 West End Avenue
New York, NY 10025

      3.      Services were made by enclosing fifteen true copies of the aforementioned documents, in fifteen properly addressed Federal Express containers, properly addressed to the above-named parties, in an official depository, located at the Federal Express Control Point, on the 27th Floor, 1585 Broadway, New York, New York 10036.

*[signature]*
ALLEN F. HEALY
Process Server's License Number #0921311

Sworn to before me this
13th day of June 2007.

*[signature]*
Notary Public

JESUS HERNANDEZ
Notary Public, State of New York
No. 01HE4814466
Qualified in Kings County
Commission Expires Feb. 28, 2011