Stephen L. Ratner (SR 4624)
David A. Picon (DP 6762)
Karen D. Coombs (KC 3538)
PROSKAUER ROSE LLP
1585 Broadway
New York, NY 10036-8299
Phone: (212) 969-3000
Fax: (212) 969-2900

**ORIGINAL**
*Rakoff, J.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
PRUDENTIAL EQUITY GROUP, LLC          :
                                       :
                    Plaintiff,         :     07 CV 5606 (JSR)
                                       :
        v.                             :
                                       :
THOMAS R. AJAMIE, AJAMIE LLP, ROBERT  :
WEISS, ROBERT H. WEISS & ASSOCIATES,  :
LLP, JOHN MOSCOW, BRIAN ROSNER,       :     **ORDER TO SHOW CAUSE**
ROSNER NAPIERALA LLP, DAVID           :
ROBBINS, KAUFMANN FEINDER YAMIN       :
GILDIN & ROBBINS, LLP, WALLACE        :
SHOWMAN, BERNSTEIN LITOWITZ           :
BERGER & GROSSMANN LLP, ROBERT        :
KRAUS, KRAUS & ZUCHLEWSKI LLP,        :
MARTIN KROLL, KROLL, MOSS & KROLL     :
LLP, JOHN DOES 1-25, and ABC          :
CORPORATIONS 1-25,                    :
                                       :
                    Defendants.        :
------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-22-07

Upon the application of plaintiff Prudential Equity Group LLC ("PEG") for an Order, pursuant to 28 U.S.C. § 2361 enjoining and restraining all defendants from instituting or prosecuting any proceeding in any State or United States court affecting the Disputed Fund (as that term is defined in PEG's supporting papers), and having reviewed the Memorandum of Law in Support, the annexed Declaration of Karen Coombs, Esq., dated June 12, 2007, together with

exhibits, and all prior proceedings and pleadings herein, and good cause having been shown, it is hereby:

ORDERED that the defendants Thomas R. Ajamie, Ajamie LLP, Robert Weiss, Robert H. Weiss & Associates, LLP, John Moscow, Brian Rosner, Rosner Napierala LLP, David Robbins, Kaufmann Feinder Yamin Gildin & Robbins, LLP, Wallace Showman, Bernstein Litowitz Berger & Grossmann LLP, Robert Kraus, Kraus & Zuchlewski LLP, Martin Kroll and Kroll, Moss & Kroll LLP (the "Defendants") show cause before this Court, before the Honorable Jed S. Rakoff, United States District Judge for the Southern District of New York, in the Courthouse located at 500 Pearl Street, New York, New York, 10007 on the 20th day of June, 2007, at 9 a.m. or as soon thereafter as counsel can be heard, why an Order should not be entered, pursuant to 28 U.S.C. §§ 1335, 1397, and 2361,

  a. restraining Defendants, and each of them, from instituting or maintaining any action against PEG for recovery of any portion of the Disputed Fund;

  b. requiring Defendants, and each of them, to interplead and settle between themselves their right to the Disputed Fund or any portion thereof;

  c. discharging PEG from all further liability with respect to the Disputed Fund;

  d. awarding PEG its costs and attorneys' fees incurred in this action; and

  e. such other and further relief as may be just or proper.

IT IS FURTHER ORDERED that, pursuant to 28 U.S.C. § 2361, pending the hearing and determination on this Order to Show Cause, the defendants, and all of them, are ENJOINED

AND RESTRAINED from instituting or prosecuting any proceeding in any State or United States court affecting the Disputed Fund, , including but not limited to any further action or proceeding against PEG or the Disputed Fund in connection with the Harris County Action (as that term is defined in the supporting papers), until further order of the court; and

*Security in the amount of $25,000.00 will be posted by 6/15/07.*

IT IS FURTHER ORDERED that service upon each defendant of a copy of this Order, together with the papers on which it is based and the summons and complaint in this action shall be made by overnight delivery on or before *June 15*, 2007, and such delivery shall be deemed good and sufficient service of process.

New York, New York
June *12*, 2007

*5:40 p.m.*

SO ORDERED:

_____
United States District Judge