# EXHIBIT C

OBT'D BY Interoffice
ON 03/08/07 A774
DOCK'D ☒ DIAR'D ☒

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

In the Matter of the Arbitration Between

CHARANJIT SAHNI, HARPREET SAHNI, NASIMANG ENTERPRISES AVV/NASIMANG TRUST by NAND SAHNI and CHARANJIT SAHNI, CHARANJIT SAHNI CUSTODIAN ANGAD SAHNI UTMA, and CHARANJIT SAHNI CUSTODIAN SIMRAN SAHNI UTMA,

Petitioners,

-and-

PRUDENTIAL EQUITY GROUP INC.

Respondent.

Index No. 107536/06

IAS Part 15

Honorable Walter B. Tolub, J.S.C.

NOTICE OF ENTRY

PLEASE TAKE NOTICE that the attached is a true and correct copy of an Order duly entered in the office of the Clerk of the Supreme Court of the City of New York, County of New York, on the 20th day of February, 2007.

Dated: February 28, 2007
New York, New York

KRAUS & ZUCHLEWSKI LLP

By: ______________________
Robert D. Kraus
500 Fifth Avenue, Suite 5100
New York, New York 10110-5197
(212) 869-4646
and
Thomas R. Ajamie, Esq.
AJAMIE LLP
Pennzoil Place - South Tower
711 Louisiana, Suite 2150
Houston, Texas 77002

*Attorneys for Petitioner*

To: Stephen Ratner, Esq.
PROSKAUER ROSE LLP
1585 Broadway
New York, New York 10036-8299
Tel: (212) 969-3000

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

In the Matter of the Arbitration Between

CHARANJIT SAHNI, HARPREET SAHNI, NASIMANG ENTERPRISES AVV/NASIMANG TRUST by NAND SAHNI, and CHARANJIT SAHNI, CHARANJIT SAHNI CUSTODIAN ANGAD SAHNI UTMA, and CHARANJIT SAHNI CUSTODIAN SIMRAN SAHNI UTMA,

Petitioners,

-against-

PRUDENTIAL EQUITY GROUP INC.,

Respondent.

Index No. 107536/06

IAS Part 15

Hon Walter B.Tolub, J.S.C.

**PROPOSED**
**COUNTER-ORDER**

DCI

FILED
FEB 20 2007
COUNTY CLERK'S OFFICE
NEW YORK

Petitioners Charanjit Sahni, Harpreet Sahni, Nasimang Enterprises Avv/Nasimang Trust by Nand Sahni, and Charanjit Sahni, Charanjit Sahni Custodian Angad Sahni Utma, and Charanjit Sahni Custodian Simran Sahni Utma (collectively, "Petitioners") having brought this proceeding pursuant to Section 7510 of the New York Civil Practice Law and Rules, seeking confirmation of an award rendered by a panel of arbitrators of the New York Stock Exchange signed and affirmed May 18, 2006 (the "Award"), and Respondent Prudential Equity Group LLC (s/h/a Prudential Equity Group, Inc.) ("Respondent") having cross-moved to dismiss the petition and cross-petitioned to vacate so much of the Award as granted relief against Respondent, pursuant to Section 7511 of the New York Civil Practice Law and Rules and/or the Federal Arbitration Act,

NOW, upon the reading and filing of (1) the Petition dated May 31, 2006, (2) the Affirmation of Robert D. Kraus dated May 31, 2006 and the exhibits thereto, (3) Respondent's

Verified Cross-Petition to Vacate Arbitration Award dated June 15, 2006, (4) Respondent's Memorandum of Law In Support of its Cross-Motion to Dismiss Petition to Confirm and Cross-Petition to Vacate a Portion of the Award, (5) the Affirmation of David A. Picon dated August 10, 2006 and the exhibit thereto, (6) Petitioners' Reply Memorandum of Law in Further Support of their Petition to Confirm Arbitration and in Opposition to Respondent's Cross-Petition to Vacate, (7) the Reply Affidavit of Thomas R. Ajamie dated July 20, 2006 and the exhibits thereto, (8) Respondent's Reply Memorandum of Law in Further Support of Cross-Petition to Vacate; and (9) the Affirmation of David A. Picon, dated August 10, 2006 and the exhibit thereto, and upon the arguments of counsel having been heard and due deliberation having been had, and

The Court having made and filed a decision in writing, dated December 15, 2006, which held that Petitioners had timely moved to confirm the Award and that the arguments advanced by Respondent did not provide valid grounds for vacating or modifying the Award, and that Petitioners' request for costs as sanctions for filing a frivolous cross-petition was denied, and directed the parties to settle an order, now, therefore, it is hereby

ORDERED that the petition is granted and the Award rendered in favor of Petitioners and against Respondent is confirmed; and it is further

ORDERED that the cross-motion to dismiss the petition and cross-petition to vacate the Award are denied; and it is further

ORDERED that Petitioners have judgment on the amounts set forth in the Award, as follows:

(a) To Petitioner Simran Sahni, One Hundred Forty-One Thousand Eight Hundred Ninety-Seven Dollars ($141,897) plus simple interest thereon at the rate of 9% per annum from August 1, 2000 until paid;

(b) To Petitioner Angad Sahni, Four Hundred Seventy-Two Thousand Six Hundred Nineteen Dollars ($472,619) plus simple interest thereon at the rate of 9% per annum from August 1, 2000 until paid;

(c) To Petitioners Charanjit Shani and Harpreet Sahni, Eight Hundred Sixteen Thousand Dollars ($816,000) plus simple interest thereon at the rate of 2% per annum from September 1, 2000 until paid; and

(d) To Petitioner Nasimang Enterprises AVV/Nasimang Trust, Ten Million Four Hundred Thousand Dollars ($10,400,000) plus simple interest thereon at the rate of 4% per annum from November 1, 2000 until paid; and it is further

ORDERED that the Clerk is directed to enter judgment in accordance with this Order.

2/15/07

ENTER.

J.S.C.

WALTER B. TOLUB

FILED
FEB 20 2007
COUNTY CLERK'S OFFICE
NEW YORK

Sir:

Please take notice that the within is a true copy of this duly entered and filed herein in the office of the clerk of ..............................

..............................

of New York

Dated, New York 20

Yours, etc.,

PROSKAUER ROSE LLP

Attorneys for

1585 Broadway
New York, NY 10036-8299

To

Attorneys for

Sir:

Please take notice that an order of which the within is a true copy will be presented for settlement and signature herein to

at of

this Court at

in the Borough of City of New York,

on the day of 20

at o'clock in the noon.

Dated, New York, 20

Yours, etc.,

PROSKAUER ROSE LLP

Attorneys for

1585 Broadway
New York, NY 10036-8299

To

Attorneys for

INDEX NUMBER 107534/06 200

SUPREME COURT OF THE STATE OF NEW YORK - COUNTY OF NEW YORK

In the Matter of the Arbitration Between

CHARANJIT SAHNI, HARPREET SAHNI, NARMANG ENTERPRISES A/V/ NARMANG TRUST by NAND SAHNI, and CHARANJIT SAHNI, CHARANJIT SAHNI CUSTODIAN ANGAD SAHNI UTMA, and CHARANJIT SAHNI CUSTODIAN SIMRAN SAHNI UTMA

Petitioners,

against

PRUDENTIAL EQUITY GROUP INC.

Respondent.

NOTICE OF SETTLEMENT OF COUNTER-ORDER

PROSKAUER ROSE LLP

Attorneys for

Respondent

1585 Broadway
New York, NY 10036-8299
Telephone 212.969.3000

All communications should be referred to Stephen L. Ratner, Esq.

Due service of a copy of the within is hereby admitted.

Dated, New York January 29, 2007

To

Attorneys for

KRAUS & ZUCHLEWSKI LLP
500 Fifth Ave, Suite 5100
New York, New York 10110
(212) 869-4646

1-30-07
copy received