**EXHIBIT E**

Prudential

Page 1 of 1

## Coombs, Karen

**From:** Picon, David A.
**Sent:** Saturday, March 24, 2007 12:07 PM
**To:** Coombs, Karen
**Subject:** FW: Prudential

David A. Picon | PROSKAUER ROSE LLP
Member of the Firm
1585 Broadway | New York, NY 10036-8299
v: 212.969.3974 | F: 212.969.2900
dpicon@proskauer.com | www.proskauer.com

---

**From:** Tom Ajamie [mailto:TAjamie@ajamie.com]
**Sent:** Friday, March 09, 2007 11:50 AM
**To:** Picon, David A.
**Cc:** Twila Huso; Todd W. Mensing
**Subject:** Prudential

David,

We agree that the interest ran through yesterday, and stops running today.

Tom

Thomas R. Ajamie, Esq.
Ajamie LLP
Pennzoil Place - South Tower
711 Louisiana, Suite 2150
Houston, TX 77002
www.ajamie.com
713-860-1600 telephone
713-860-1699 facsimile

***CONFIDENTIALITY NOTICE***
This e-mail message is for the sole use of the intended recipient(s) and may contain confidential and privileged information subject to the attorney-client privilege or attorney work product immunity from disclosure. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message on your workstation and network. Please virus check all attachments to prevent widespread contamination and corruption of files and operating systems.

3/24/2007