**EXHIBIT I**

**PROSKAUER ROSE LLP**

1585 Broadway
New York, NY 10036-8299
Telephone 212.969.3000
Fax 212.969.2900

LOS ANGELES
WASHINGTON
BOSTON
BOCA RATON
NEWARK
NEW ORLEANS
PARIS

David A. Picon
Member of the Firm

Direct Dial 212.969.3974
dpicon@proskauer.com

May 25, 2007

**By Fax and Mail**

Todd W. Mensing, Esq.
Ahmad, Zavitsanos & Anaipakos, P.C.
1221 McKinney, Suite 3460
Houston, Texas 77010

Richard M. Maltz, Esq.
Richard M. Maltz, PLLC
488 Madison Avenue, 10th Floor
New York, New York 10022

Re:   *Prudential Equity Group, LLC: Disputed Attorneys' Fees*

Dear Todd and Richard:

Prudential Equity Group, LLC ("PEG") has learned that your respective clients, Tom Ajamie and Ajamie LLP, on the one hand, and Robert H. Weiss and Robert H. Weiss & Associates, P.C., on the other, have filed competing state court actions (*i.e.*, one in Texas and the other in New York) concerning the $4,482,944.88 attributed to attorneys' fees from the May 18, 2006 New York Stock Exchange Award in the Sahni arbitration (the "Disputed Fund"). As you know, although the Sahnis have been paid the full amount due and owing them under that award, PEG continues to hold the Disputed Fund pending joint instruction from all claimants to that fund with respect to its disposition. As you are also aware, PEG reserved the right, but did not assume the obligation, to take steps to obtain a court order to deposit the Disputed Fund should the requisite instruction not be provided to PEG by March 29, 2007, which it has not.

Although not served with the pleadings in either state court action, PEG's review of the same indicates that neither proceeding includes *all* potential claimants to the Disputed Fund. More specifically, in addition to the potential claimants that Messrs. Weiss and Ajamie previously identified to PEG in connection with providing for the payment to the Sahnis (none of whom are parties to the respective actions), PEG has recently been advised that Brian Rosner, Esq. and/or

**PROSKAUER ROSE LLP**

Todd W. Mensing, Esq.
Richard M. Maltz, Esq.
May 25, 2007
Page 2

his firm, Rosner Napierala LLP, may have a claim to that portion of the Disputed Fund claimed by John Moscow, Esq.

In light of the foregoing, PEG has serious concerns that the competing actions, as presently constituted, may not resolve all claims to the Disputed Fund, potentially resulting in PEG facing successive, duplicative, or inconsistent directions concerning the Disputed Fund. That is plainly not acceptable to PEG. Accordingly, PEG requests that your respective clients work out their jurisdictional disputes and join *all* potential claimants in one action. If that does not occur promptly, PEG intends to commence its own interpleader action in the United States District Court for the Southern District of New York for this purpose by the middle of next week.

Very truly yours,

David A. Picon