**EXHIBIT K**

06/12/2007  09:28   7133686900                    151 DIST COURT                       PAGE  02/02

P-1
Ditrx

CAUSE NO. 2006-33057

| | | |
|---|---|---|
| THOMAS R. AJAMIE AND AJAMIE LLP, | § § § § | IN THE DISTRICT COURT |
| Plaintiffs, | § § | |
| VS. | § § § | HARRIS COUNTY, TEXAS |
| ROBERT WEISS, ROBERT H. WEISS & ASSOCIATES, P.C., AND PRUDENTIAL EQUITY GROUP LLC | § § § § | |
| Defendants. | § | 151st JUDICIAL DISTRICT |

## ORDER

On this day, the Court considered the First Amended Motion to Dissolve Temporary Restraining Order of Defendant Prudential Equity Group LLC and, after hearing arguments of counsel, hereby grants the Motion. The *ex parte* TRO granted and signed on May 30, 2007 is hereby dissolved and of no effect whatsoever.

SIGNED this the 12th day of June, 2007.

_Caroline Baker_
JUDGE BAKER

FILED
CHARLES BACARISSE
District Clerk

JUN 1 2 2007

Harris County, Texas
By_____ Deputy
6/12/07