**RICHARD M. MALTZ, PLLC**
ATTORNEY AT LAW
488 MADISON AVENUE — 9TH FLOOR
NEW YORK, NEW YORK 10022

(212) 705-4804 (DIRECT)
(212) 980-0120 (MAIN)
(347) 438-2087 (FAX)

rmaltz@fkks.com
www.maltz-law.com

May 30, 2007

By: Facsimile & First Class Mail

Proskauer Rose LLP
1585 Broadway
New York, NY 10036-8299

Attn: David Picon, Esq.

Re: *Sahni v. Prudential*

Dear David:

I received your letter, dated May 25, 2007, regarding the monies your client is holding with respect to the above-referenced matter.

I recently suggested to Mr. Mensing's client, Mr. Ajamie, that the attorneys who have a claim to the money agree to deposit the money in an interest bearing escrow account. I suggested that Mr. Ajamie obtain an agreement from all of the attorneys who he was involved with and I would speak to Mr. Kroll. I assumed you would require appropriate Releases. I have not yet received a response so I did not contact you.

I would request that you hold off in depositing the monies in court for a short time until we can see whether we can work this out. However, because of the number of attorneys with purported claims this may take a little time, but I presume your client is not prejudiced by simply holding the money a little longer.

Please do not hesitate to contact me with any questions or concerns.

Very truly yours,

Richard M. Maltz

cc: Todd W. Mensing, Esq. (by facsimile only)