UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
PRUDENTIAL EQUITY GROUP

Plaintiff,

-against-                                                   Civil Action No. 07 CV 5605

THOMAS R. AJAMIE, ROBERT WEISS, *et al.*

Defendants.

-------------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         )  ss:
COUNTY OF NEW YORK       )

I, Jan Pavloski, being duly sworn deposes and says:

I am not a party to this action.

I am over 18 years of age.

On  June 20, 2007, I served a true copy of the Declaration of Richard M. Maltz  by

mailing the same in a sealed envelope, with postage prepaid thereon, in a post-office or official

depository of the U.S. Postal Service within the State of New York, addressed to the last-known

address of the addressee(s) as indicated below:

Eric Grannis, Esq.,
for Defendants Thomas R. Ajamie, Esq.,
Ajamie LLP, Wallace Showman, Esq.,
Robert Kraus, Esq., David Robbins, Esq.
620 Fifth Avenue
New York, NY  10020

David Pichon, Esq.
for Plaintiff Prudential Equity Group
Proskauer Rose LLP
1585 Broadway
New York, NY  10036-8299

John Moss, Esq.
for Defendant Martin Kroll, Esq.,
Kroll, Moss & Kroll, LLP
400 Garden City Plaza – Suite 310
Garden City, NY  11530-3322

Robert L. Herbst, Esq.
for Defendant John Moscow, Esq.
Beldock Levine & Hoffman, LLP
99 Park Avenue – Suite 1600
New York, NY  10016

Michael Malloy, Esq.
for Defendant Brian Rosner, Esq.
Finestein & Malloy LLC
26 Main Street
Chatham, NJ 07928

Sworn to before me this 21st day
of June, 2007

Notary Public

RICHARD M. MALTZ
Notary Public, State of New York
No. 02MA4712882
Qualified in Westchester County
Commission Expires June 30, 20/○