```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
PRUDENTIAL EQUITY GROUP, LLC          :
                                      :
              Plaintiff,              :    07 Civ. 5606 (JSR)
                                      :
         -v-                          :         ORDER
                                      :
THOMAS R. AJAMIE, AJAMIE LLP, ROBERT  :
WEISS, ROBERT H. WEISS & ASSOCIATES,  :
LLP, JOHN MOSCOW, BRIAN ROSNER,       :
ROSNER NAPIERALA LLP, DAVID ROBBINS,  :
KAUFMANN FEINDER YAMIN GILDIN &       :
ROBBINS, LLP, WALLACE SHOWMAN,        :
BERNSTEIN LITOWITZ BERGER & GROSSMANN :
LLP, ROBERT KRAUS, KRAUS & ZUCHLEWSKI :
LLP, MARTIN KROLL, KROLL, MOSS &      :
KROLL LLP, JOHN DOES 1-25, AND ABC    :
CORPORATIONS 1-25,                    :
                                      :
              DefendantS.             :
------------------------------------- x
```

JED S. RAKOFF, U.S.D.J.

    On the consent of the parties, see transcript, June 25, 2007, the Court hereby

    (1) restrains defendants, and each of them, from instituting or maintaining any action against plaintiff for recovery of certain monies due under an arbitration award (the "Disputed Fund") issued by the New York Stock Exchange against plaintiff and confirmed by the Supreme Court of the State of New York, County of New York,

    (2) requires defendants, and each of them, to interplead and settle between themselves their rights to the Disputed Fund or any portion thereof, and

    (3) discharges plaintiff from all further liability with respect to the Disputed Fund.

Further, plaintiff must submit its application for attorneys' fees, if any, by July 3. Defendants must submit any opposition to either the amount or allocation of those fees by July 18. Plaintiff must submit any reply papers by July 25.

Finally, defendants' time to Answer is hereby extended to July 30.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       June 26, 2007