UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
PRUDENTIAL EQUITY GROUP, LLC

                Plaintiff,

    v.

THOMAS R. AJAMIE, AJAMIE LLP, ROBERT
WEISS, ROBERT H. WEISS & ASSOCIATES,
LLP, JOHN MOSCOW, BRIAN ROSNER,
ROSNER NAPIERALA LLP, DAVID
ROBBINS, KAUFMANN FEINDER YAMIN
GILDIN & ROBBINS, LLP, WALLACE
SHOWMAN, BERNSTEIN LITOWITZ
BERGER & GROSSMANN LLP, ROBERT
KRAUS, KRAUS & ZUCHLEWSKI LLP,
MARTIN KROLL, KROLL, MOSS & KROLL
LLP, JOHN DOES 1-25, and ABC
CORPORATIONS 1-25,

                Defendants.
------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-26-07

**NOTICE OF DISMISSAL**

07 cv 5606 (JSR)

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1) plaintiff Prudential Equity Group LLC ("PEG") hereby discontinues the above-captioned action as against defendant Bernstein Litowitz & Grossman LLP, without prejudice and without costs to any party as against any other party.

Dated:    New York, New York
               June 25, 2007

SO ORDERED
_____
USDJ
6-25-07

By: _____
Stephen L. Ratner (SR-4624)
David A. Picon (DP 6762)
Karen D. Coombs (KC 3538)

PROSKAUER ROSE LLP

1585 Broadway
New York, NY 10036-8299
Phone: (212) 969-3000