UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRUDENTIAL EQUITY GROUP, LLC

                Plaintiff,

v.

THOMAS R. AJAMIE, AJAMIE LLP, ROBERT WEISS, ROBERT H. WEISS & ASSOCIATES, LLP, JOHN MOSCOW, BRIAN ROSNER, ROSNER NAPIERALA LLP, DAIVD ROBBINS, KAUFMANN FEINDER YAMIN GILDIN & ROBBINS, LLP, WALACE SHOWMAN, BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP, ROBERT KRAUS, KRAUS & ZUCHELEWSKI LLP, MARTIN KROLL, KROLL, MOSS & KROLL LLP, JOHN DOES 1-25, AND ABC CORPORATION 1-25

                Defendants.

Docket No. 07-CV-5606 (JSR)
Judge Jed S. Rakoff

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-26-07

## STIPULATION AND ORDER

Plaintiff, Prudential Equity Group, LLC, ("Prudential") and Defendants Bernstein Litowitz Berger & Grossmann LLP ("BLBG") hereby stipulate and agree as follow:

1.     BLBG has no interest in the above-mentioned matter and will bring no claims of any kind against Prudential with respect to the above-captioned matter.

2.     BLBG has executed a release of Prudential with respect to this matter.

266341

3.  BLBG will bring no claims against any party to this litigation or against any other person with respect to the funds deposited by Prudential into the court in this matter and will make no claim whatsoever against said fund.

4.  Prudential agrees to voluntarily dismiss this case with respect to BLBG only (and not with respect to Wallace A. Showman individually) and will file a notice of dismissal pursuant to Fed. R. Civ. P. 41(a)(1).

| PROSKAUER ROSE LLP | BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP |
|---|---|
| By: /s/ <br> Stephen L. Ratner (SR-4624) <br> David A. Picon (DP-6762) <br> Karen D. Coombs (KC-3538) <br> 1585 Broadway <br> New York, NY 10036-8299 <br> Phone: (212) 969-3000 <br> Fax: (212) 969-2900 <br><br> *Attorneys for Plaintiff Prudential Equity Group LLC* | By: /s/ <br> Wallace A. Showman (WS-0881) <br> 1285 Avenue of the Americas <br> New York, NY 10019 <br> (212) 554-1400 |

SO ORDERED:

_____
Honorable Jed S. Rakoff
United States District Judge

6-25-07

2