Tiffany E. Cale, Esq.
Rosner & Napierala, LLP
26 Broadway - 22nd Floor
New York, New York 10004-1808
Phone: (212) 785-2577
Fax:    (212) 785-5203

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06-26-07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PRUDENTIAL EQUITY GROUP, LLC,

        Plaintiff,

    v.

THOMAS R. AJAMIE, AJAMIE, LLP, ROBERT
WEISS, ROBERT H. WEISS & ASSOCIATES,
LLP, JOHN MOSCOW, BRIAN ROSNER,
ROSNER NAPIERALA LLP, DAVID
ROBBINS, KAUFMANN FEINDER YAMIN
GILDIN & ROBBINS, LLP, WALLACE
SHOWMAN, BERNSTEIN LITOWITZ
BERGER & GROSSMANN LLP, ROBERT
KRAUS, KRAUS & ZUCHLEWSKI LLP,
MARTIN KROLL, KROLL, MOSS & KROLL
LLP, JOHN DOES 1-25, and ABC
CORPORATIONS 1-25,

        Defendants.

---

07-CV-5606 (JSR)

**ORDER FOR ADMISSION**
**PRO HAC VICE**
**ON ORAL MOTION**

Upon the oral motion of Tiffany E. Cale., Esq. of the firm of Rosner & Napierala, LLP, counsel to the defendants, Rosner & Napierala, LLP and Brian Rosner, Esq., and the sponsor attorney's affidavit in support:

**IT IS HEREBY ORDERED** that:

        Michael D. Malloy, Esq.
        Finestein & Malloy, L.L.C.
        26 Main Street
        Chatham, New Jersey 07928
        Phone: (973) 635-4500
        Fax:   (973) 635-4543

is admitted to practice pro hac vice as counsel for defendants, Rosner & Napierala, LLP and Brian Rosner, Esq., in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at www.nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: June 26, 2007
New York, New York

                                        _____
                                        United States District Judge

2