UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

PRUDENTIAL EQUITY GROUP, LLC                  :

            Plaintiff,                  :

       v.                                       :       07 CV 5606 (JSR)

THOMAS R. AJAMIE, AJAMIE LLP, ROBERT  :       **NOTICE OF MOTION**
WEISS, ROBERT H. WEISS & ASSOCIATES,  :
LLP, JOHN MOSCOW, BRIAN ROSNER,       :
ROSNER NAPIERALA LLP, DAVID           :
ROBBINS, KAUFMANN FEINDER YAMIN       :
GILDIN & ROBBINS, LLP, WALLACE        :
SHOWMAN, BERNSTEIN LITOWITZ           :
BERGER & GROSSMANN LLP, ROBERT        :
KRAUS, KRAUS & ZUCHLEWSKI LLP,        :
MARTIN KROLL, KROLL, MOSS & KROLL     :
LLP, JOHN DOES 1-25, and ABC          :
CORPORATIONS 1-25,                    :
                                      :
            Defendants.              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

      PLEASE TAKE NOTICE that upon the accompanying Declaration of David A. Picon,

dated July 3, 2007, the exhibits thereto, the Declaration of Christina Pongi dated July 3, 2007 and

exhibits thereto, and upon all other pleadings and proceedings had herein, Plaintiff Prudential

Equity Group LLC ("PEG") will move this Court before the Honorable Judge Jed S. Rakoff, in

Courtroom 14B of the United States Courthouse for the United States District Court for the

Southern District of New York, at 500 Pearl Street, New York, New York 10007, at such date

and time as the Court shall designate, for an Order, pursuant to 28 U.S.C. §§ 1335 and 2361,

awarding PEG attorneys' fees, costs and disbursements incurred in connection with the

commencement and prosecution of this interpleader action, in the aggregate amount of

$69,439.74.

PLEASE TAKE FURTHER NOTICE that, in accordance with the schedule set by the

Court at the June 25, 2007 hearing on this action, opposing papers shall be served on or before

July 18, 2007, and reply papers shall be served on or before July 25, 2007.

Dated:          New York, New York
                July 3, 2007

                                                  _____/s/_____
                                                  Stephen L. Ratner (SR 4624)
                                                  David A. Picon (DP 6762)
                                                  Karen D. Coombs (KC 3538)

                                                  PROSKAUER ROSE LLP
                                                  1585 Broadway
                                                  New York, New York 10036
                                                  Phone: (212) 969-3000
                                                  Fax: (212) 969-2900

                                                  *Attorneys for Plaintiff Prudential Equity
                                                  Group LLC*