**EXHIBIT A**

**PROSKAUER ROSE LLP**

PRUDENTIAL FINANCIAL, INC.
Matter: SAHNI, ET AL. V. PRUDENTIAL EQUITY GROUP, INC.

June 20, 2007
Page 2

DETAIL DESCRIPTION OF SERVICES RENDERED WITH RESPECT TO INTERPLEADER PROCEEDING:

| Date | Description | Attorney | Hours | Fees |
|---|---|---|---|---|
| 05/18/2007 | Tc w/DAP, RL re: comms. w/new counsel claiming right to fees; discuss jurisdictional research w/associate for purpose of preparing interpleader action | COOMBS, KAREN D. | .60 | 363.00 |
| 05/18/2007 | Met with Karen Coombs to discuss facts and assignment. Researched requirements of interpleader action online and in the library. | FIGUEIRA, ELIZABETH | 3.40 | 1156.00 |
| 05/19/2007 | Conducted research on interpleader action and possible venues. Prepared email memo for Karen Coombs and corresponded with her. | FIGUEIRA, ELIZABETH | 2.50 | 850.00 |
| 05/20/2007 | Worked on memo for interpleader action after wrapping up research on the appropriate court. | FIGUEIRA, ELIZABETH | 3.70 | 1258.00 |
| 05/21/2007 | Emails w/KC re research; ocw KC re same; tcw RL re proposed strategy; revise proposed papers | PICON, DAVID A. | 3.00 | 1770.00 |
| 05/21/2007 | Draft complaint for interpleader | COOMBS, KAREN D. | 4.30 | 2601.50 |
| 05/21/2007 | Worked on memo for interpleader actions. Researched appropriation forms for filing in the Southern District of New York. | FIGUEIRA, ELIZABETH | 1.90 | 646.00 |
| 05/22/2007 | Revise papers | PICON, DAVID A. | .50 | 295.00 |
| 05/22/2007 | Revise complaint; declaration and OSC; identify and gather exhibits for same; tc's w/clerk of court re: mechanics of interpleader; tc w/client re:timing/revisions to draft | COOMBS, KAREN D. | 2.90 | 1754.50 |
| 05/22/2007 | Phone call to the SDNY Clerk's Office to inquire how to file an Interpleader Action. What papers are required? | MCALEAVY, MARY JANE F. | .10 | 18.00 |
| 05/22/2007 | Worked with Managing Attorney's Office on proper court filing procedure. Drafted Order to Show Cause. Revised motion papers. | FIGUEIRA, ELIZABETH | 2.20 | 748.00 |



**PROSKAUER ROSE LLP**

PRUDENTIAL FINANCIAL, INC.
Matter: SAHNI, ET AL. V. PRUDENTIAL EQUITY GROUP, INC.

June 20, 2007
Page 3

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 05/23/2007 | Convs w/KCoombs, DPicon, SDNY Orders Clerk (Mike Lee), SDNY Cashier (Mike Lindner) re: determining proper procedures for commencing interpleader action and for depositing funds with the court; follow-up. | COOPER, MICHAEL R.D. | .50 | 112.50 |
| 05/23/2007 | Revise OSC papers; num ocw KC & SLR; tcw RL re same; ocw KC re revised approach | PICON, DAVID A. | 3.70 | 2183.00 |
| 05/23/2007 | Additional work re: order to show cause; proper remedy for interpleader action | COOMBS, KAREN D. | 2.40 | 1452.00 |
| 05/24/2007 | Convs w/KCoombs, EFigueira re: preparation, filing and service of summons and complaint in interpleader in SDNY; follow-up. | COOPER, MICHAEL R.D. | .50 | 112.50 |
| 05/24/2007 | Ext'd disc w/KC re papers; ocw SLR re same; tcw RL re new strategy; ocw KC re same | PICON, DAVID A. | 1.00 | 590.00 |
| 05/24/2007 | Discussions w/DAP; LSO office; client re: strategy for interpleader action; draft letter to opposing counsel as per DAP | COOMBS, KAREN D. | 1.70 | 1028.50 |
| 05/24/2007 | Misc. re: interpleader; conf. DP | RATNER, STEPHEN L. | .10 | 77.50 |
| 05/24/2007 | Spoke with Karen Coombs about last-minute research and filing issues. Researched injunction questions. Summarized findings. Worked with Managing Attorney's Office on filing paperwork. | FIGUEIRA, ELIZABETH | 2.10 | 714.00 |
| 05/25/2007 | Work re ltr to claimants; num tcw and ocw KC re same | PICON, DAVID A. | 1.00 | 590.00 |
| 05/29/2007 | Tcw Meseng; ocw KC re issues; tcw RL re same | PICON, DAVID A. | .80 | 472.00 |
| 05/29/2007 | Tc's w/Ajamie counsel re: interpleader action | COOMBS, KAREN D. | .30 | 181.50 |
| 05/29/2007 | Prepared drafts of filing documents. | FIGUEIRA, ELIZABETH | .40 | 136.00 |
| 05/30/2007 | Num, tcw TA, TM, others; TCW RL; rvw filed papers; tcw SLR; lvmm for RL; rvw papers; rvw Maltz letter. | PICON, DAVID A. | 2.20 | 1298.00 |
| 05/30/2007 | Multiple discussions w/DAP re: strategy; tc's w/Ajamie, DAP, client; revise and finalize interpleader papers; review TRO from Ajamie | COOMBS, KAREN D. | 2.20 | 1331.00 |

**PROSKAUER ROSE LLP**

PRUDENTIAL FINANCIAL, INC.
Matter: SAHNI, ET AL. V. PRUDENTIAL EQUITY GROUP, INC.

June 20, 2007
Page 4

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 05/30/2007 | T/c D. Picon; misc. re: potential interpleader | RATNER, STEPHEN L. | .20 | 155.00 |
| 05/30/2007 | Performed follow-up research on jurisdictional requirements for deposit of stake. Spoke with Karen Coombs. Revised documents for court filing. | FIGUEIRA, ELIZABETH | 1.40 | 476.00 |
| 05/31/2007 | Convs w/KCoombs, Court Express re: arranging to obtain updated docket sheet and documents from Harris County District Court; follow-up. | COOPER, MICHAEL R.D. | .30 | 67.50 |
| 05/31/2007 | Telephone conference with KC; telephone conference with RL; emails regarding same. | PICON, DAVID A. | 1.00 | 590.00 |
| 05/31/2007 | Review and analyze TRO papers; prepare timeline and analysis for potential opposition based on record to date; tc's w/RL re: same | COOMBS, KAREN D. | 2.90 | 1754.50 |
| 05/31/2007 | Emails; conf. K. Coombs; strategy | RATNER, STEPHEN L. | .30 | 232.50 |

**TOTAL FEES FOR THIS MATTER**         50.10    $25,014.00

**TIME AND FEE SUMMARY**

| Attorney | Hours | Rate | Dollars |
|---|---|---|---|
| DAVID A. PICON | 13.20 | 590.00 | 7,788.00 |
| STEPHEN L. RATNER | .60 | 775.00 | 465.00 |
| **TOTAL FOR PARTNER** | **13.80** | | **8,253.00** |
| KAREN D. COOMBS | 17.30 | 605.00 | 10,466.50 |
| ELIZABETH FIGUEIRA | 17.60 | 340.00 | 5,984.00 |
| **TOTAL FOR ASSOCIATE** | **34.90** | | **16,450.50** |
| MICHAEL R.D. COOPER | 1.30 | 225.00 | 292.50 |
| MARY JANE F. MCALEAVY | .10 | 180.00 | 18.00 |
| **TOTAL FOR LIT. SUPPORT** | **1.40** | | **310.50** |

**MATTER SUBTOTAL**         50.10    $25,014.00

**LESS COURTESY DISCOUNT**         (3,698.50)

**MATTER TOTAL:**         $21,315.50

**PROSKAUER ROSE LLP**

PRUDENTIAL FINANCIAL, INC.
Matter: SAHNI, ET AL. V. PRUDENTIAL EQUITY GROUP, INC.

June 20, 2007
Page 5

## DISBURSEMENTS AND CHARGES

| DESCRIPTION: | BILLED |
|---|---|
| REPRODUCTION | 30.90 |
| LONG DISTANCE TELEPHONE | 5.67 |
| OUTSIDE REPRODUCTION | 8.00 |
| TELEPHONE EXPENSE | 1.00 |
| **TOTAL DISBURSEMENTS AND CHARGES FOR THIS MATTER:** | **$ 45.57** |

**PROSKAUER ROSE LLP**

PRUDENTIAL FINANCIAL, INC.
Matter: SAHNI, ET AL. V. PRUDENTIAL EQUITY GROUP, INC.

June 29, 2007
Page 2

DETAIL DESCRIPTION OF SERVICES RENDERED WITH RESPECT TO INTERPLEADER PROCEEDING:

| Date | Description | Attorney | Hours | Fees |
|---|---|---|---|---|
| 06/01/2007 | Convs w/ KCoombs, KBigliani re: preparation and possible filing of interpleader complaint and order to show cause in SDNY; follow-up. | COOPER, MICHAEL R.D. | .30 | 67.50 |
| 06/01/2007 | Prepare interpleader papers; OSC; multiple tc's w/client, local counsel, team re; same | COOMBS, KAREN D. | 3.30 | 1996.50 |
| 06/01/2007 | T/c D. Picon; review emails; strategy; conf. K. Coombs; t/c Ramsay Lewis; t/c Texas counsel; review draft interpleader papers | RATNER, STEPHEN L. | .50 | 387.50 |
| 06/04/2007 | Tcw RL re call from TM; conf cal w/Texas counsel and RL re same; tcw RM (Weiss' counsel) revise Texas counsel's motion; ocw KC re same; email to Illyna re same; num emails w/Texas counsel re convers w/TM | PICON, DAVID A. | 1.30 | 767.00 |
| 06/04/2007 | Review and edit proposed motion to dissolve TRO; gather exhibits for same and coordinate w/TX counsel | COOMBS, KAREN D. | .90 | 544.50 |
| 06/05/2007 | Revise interpleader and OSC documents in anticipation of dissolving TRO | COOMBS, KAREN D. | 1.20 | 726.00 |
| 06/06/2007 | Ocw KC re issues for conf call w/Texas counsel; conf call w/Texas counsel; ocw KC re complaint and OSC; rvw emails from Texas counsel | PICON, DAVID A. | 1.10 | 649.00 |
| 06/06/2007 | Conference call w/TX counsel, client in prep for hearing to dissolve TRO | COOMBS, KAREN D. | 1.00 | 605.00 |
| 06/07/2007 | Tcw Texas counsel; tcw RL; email from TM | PICON, DAVID A. | .90 | 531.00 |
| 06/07/2007 | Tc's w/DAP re: status of Texas application; strategies for next steps | COOMBS, KAREN D. | .20 | 121.00 |
| 06/08/2007 | Rvw motion papers; edits re same; strategy call w/Texas counsel and client; ocw KC; send emails re same | PICON, DAVID A. | 2.10 | 1239.00 |
| 06/11/2007 | Num emails re Texas order; emails re revising OSC; work re papers | PICON, DAVID A. | .90 | 531.00 |

**PROSKAUER ROSE LLP**

PRUDENTIAL FINANCIAL, INC.
Matter: SAHNI, ET AL. V. PRUDENTIAL EQUITY GROUP, INC.

June 29, 2007
Page 3

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 06/11/2007 | Tc's w/TX counsel; client, DAP re: dissolution of TX TRO; revise and circulate interpleader complaint and draft motion and ancillary papers for final discharge and injunction upon filing of interpleader | COOMBS, KAREN D. | 4.20 | 2541.00 |
| 06/12/2007 | Convs w/KCoombs, AHealy re: filing interpleader complaint and order to show cause in SDNY; follow-up. | COOPER, MICHAEL R.D. | .30 | 67.50 |
| 06/12/2007 | Num emails and tcw re TRO and Texas order; conf call w/MM & KC; emails w/KC & MM after ct conf | PICON, DAVID A. | 1.00 | 590.00 |
| 06/12/2007 | Conversation with Al Healy re: the filing of Summons & Complaint, Rule 7.1 Statement, Civil Cover Sheet. (SDNY) (K. Coombs) | BETHEA, JAMES ROBERT | .20 | 32.00 |
| 06/12/2007 | Draft, finalize and file interpleader complaint, OSC and supporting memorandum and declaration; numerous tc's w/client, DAP re: same; prepare for, travel to and from and attend OSC application before judge | COOMBS, KAREN D. | 7.20 | 4356.00 |
| 06/12/2007 | Conv w/MCooper re: Commenced action at Court; met with orders clerk on order to show cause review; and organized and reproduced several documents. | HEALY, ALLEN F. | 3.00 | 480.00 |
| 06/13/2007 | Review bond for injunction; coordinate service of TRO papers | COOMBS, KAREN D. | .30 | 181.50 |
| 06/13/2007 | Misc. re: interpleader action | RATNER, STEPHEN L. | .10 | 77.50 |
| 06/13/2007 | Conv w/JBethea re: Produced service documents; conducted 15 service by Fedex; published affidavit of services; and entered the information onto the docket. | HEALY, ALLEN F. | 1.50 | 240.00 |
| 06/14/2007 | Num tcw KC re status of OSC; tcw RL re service issues; emails w/Texas lawyers | PICON, DAVID A. | .90 | 531.00 |
| 06/14/2007 | Conversation with Ken Bigliani re: the filing of Undertaking Bond and Delivery of Courtesy Copies to Judge Rakoff. (SDNY) (K. Coombs) | BETHEA, JAMES ROBERT | .30 | 48.00 |
| 06/14/2007 | Tc's w/local counsel and Showman re: interpleader issues; follow up tc w/DAP | COOMBS, KAREN D. | .60 | 363.00 |

(Handwritten annotations: "2" next to 06/11/2007 entry; "3" next to 06/12/2007 Coombs entry)

**PROSKAUER ROSE LLP**

PRUDENTIAL FINANCIAL, INC.
Matter: SAHNI, ET AL. V. PRUDENTIAL EQUITY GROUP, INC.

June 29, 2007
Page 4

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 06/14/2007 | Fld Undertaking of Removal manually with SDNY; re: Prudential Equity v. Ajamie 07-5606 | BIGLIANI, KENNETH | 1.00 | 160.00 |
| 06/15/2007 | Tcw EG; tcw RL; tcw WS | PICON, DAVID A. | .60 | 354.00 |
| 06/15/2007 | Conversation with Ken Bigliani re: the Delivery of Courtesy Copies to Judge Rakoff. (SDNY) (K. Coombs) | BETHEA, JAMES ROBERT | .20 | 32.00 |
| 06/15/2007 | Tc's w/DAP; RL re: pending OSC hearing; comms. from Showman, Ajamie counsel | COOMBS, KAREN D. | .60 | 363.00 |
| 06/15/2007 | Phone call to the Orders Clerk to request change in docketing of TRO Bond. It was filed by plaintiff. | MCALEAVY, MARY JANE F. | .10 | 18.00 |
| 06/18/2007 | Tcw EG re adj, related issues; ocw KC re same; num tcw RL re same | PICON, DAVID A. | .40 | 236.00 |
| 06/18/2007 | Discussions w/summer associate re; research, tc's w/various defendants' counsel re; mechanics of OSC | COOMBS, KAREN D. | .40 | 242.00 |
| 06/18/2007 | Misc. re: o/s/c argument | RATNER, STEPHEN L. | .10 | 77.50 |
| 06/19/2007 | Num emails re conf; particip in conf w/attys and ct; tcw RL | PICON, DAVID A. | .70 | 413.00 |
| 06/20/2007 | Rvw Litowitz proposal; send same to KC | PICON, DAVID A. | .20 | 118.00 |
| 06/21/2007 | Mtg w/summer associate re: research status on attorneys' fees | COOMBS, KAREN D. | .70 | 423.50 |
| 06/22/2007 | Emails re Showman proposal; rvw Weiss papers | PICON, DAVID A. | .30 | 177.00 |
| 06/22/2007 | Work /opposing counsel re: service issues; negotiate and execute release for BLBG | COOMBS, KAREN D. | 1.30 | 786.50 |
| 06/25/2007 | Num tcw and ocw KS re filing of papers; tcw KC re hrg and prep regarding same; tcw client re same; prep for hrg; attend hrg | PICON, DAVID A. | 2.50 | 1475.00 |
| 06/25/2007 | Prepare for and attend hearing on OSC for release from interpleader | COOMBS, KAREN D. | 2.60 | 1573.00 |
| 06/26/2007 | Conf. D. Picon; review order, etc. | RATNER, STEPHEN L. | .10 | 77.50 |
| 06/27/2007 | Prepare fee application | COOMBS, KAREN D. | 2.60 | 1573.00 |
| **TOTAL FEES FOR THIS MATTER** | | | **47.70** | **$25,771.50** |

**PROSKAUER ROSE LLP**

PRUDENTIAL FINANCIAL, INC.
Matter: SAHNI, ET AL. V. PRUDENTIAL EQUITY GROUP, INC.

June 29, 2007
Page 5

## TIME AND FEE SUMMARY

| Attorney | Hours | Rate | Dollars |
|---|---|---|---|
| DAVID A. PICON | 12.90 | 590.00 | 7,611.00 |
| STEPHEN L. RATNER | .80 | 775.00 | 620.00 |
| **TOTAL FOR PARTNER** | **13.70** | | **8,231.00** |
| | | | |
| KAREN D. COOMBS | 27.10 | 605.00 | 16,395.50 |
| **TOTAL FOR ASSOCIATE** | **27.10** | | **16,395.50** |
| | | | |
| JAMES ROBERT BETHEA | .70 | 160.00 | 112.00 |
| KENNETH BIGLIANI | 1.00 | 160.00 | 160.00 |
| MICHAEL R.D. COOPER | .60 | 225.00 | 135.00 |
| ALLEN F. HEALY | 4.50 | 160.00 | 720.00 |
| MARY JANE F. MCALEAVY | .10 | 180.00 | 18.00 |
| **TOTAL FOR LIT. SUPPORT** | **6.90** | | **1,145.00** |
| | | | |
| **MATTER TOTAL** | **47.70** | | **$25,771.50** |

## DISBURSEMENTS AND CHARGES

| DESCRIPTION: | BILLED |
|---|---|
| REPRODUCTION | 457.10 |
| FILING FEES | 305.00 |
| LONG DISTANCE TELEPHONE | 28.02 |
| POSTAGE | 5.05 |
| **TOTAL DISBURSEMENTS AND CHARGES FOR THIS MATTER:** | **$ 795.17** |