# EXHIBIT B

CAUSE NO. 2006-33057

| | | |
|---|---|---|
| THOMAS R. AJAMIE<br>AND AJAMIE LLP, | §<br>§<br>§ | IN THE DISTRICT COURT OF |
| Plaintiffs, | §<br>§ | |
| VS. | §<br>§ | HARRIS COUNTY, TEXAS |
| ROBERT WEISS, ROBERT H.<br>WEISS & ASSOCIATES, P.C., AND<br>PRUDENTIAL EQUITY GROUP LLC | §<br>§<br>§<br>§ | |
| Defendants. | § | 151st JUDICIAL DISTRICT |

## TEMPORARY RESTRAINING ORDER AND ORDER SETTING HEARING FOR TEMPORARY INJUNCTION

CAME ON TO BE HEARD *ex parte* the Amended Application for Temporary Restraining Order and Application for Temporary Injunction filed by Thomas R. Ajamie and Ajamie LLP against Prudential Equity Group LLC. The Court, after considering the pleadings, the affidavit of Thomas R. Ajamie and the argument of counsel for Thomas R. Ajamie and Ajamie LLP, finds and concludes that there is evidence that harm is imminent to Thomas R. Ajamie and Ajamie LLP, and that if the Court does not issue the temporary restraining order, Thomas R. Ajamie and Ajamie LLP will be irreparably injured because Prudential Equity Group LLC has threatened to interplead in New York the funds which are the subject of the dispute pending in this Court and which are to be apportioned by this Court by final judgment. The Court further finds and concludes that an *ex parte* order, without notice to Defendant Prudential Equity Group LLC, is necessary because there was not enough time to give notice to Defendant Prudential Equity Group LLC, hold a hearing, and issue a restraining order before the irreparable injury, loss or damage occurs. Specifically, Defendant Prudential Equity Group LLC has

threatened to interplead the funds at issue into the registry of a court in New York on Thursday, May 31, 2007, despite the pendency of the present action. It is therefore

ORDERED that Prudential Equity Group LLC be, and is hereby, enjoined from interpleading in any court, save and except the registry of this Court, any and all funds held by it that are attributable to the award entered against Prudential Equity Group LLC in the arbitration styled *Sahni, et al. v. Prudential Equity Group Inc. (a/k/a Prudential Equity Group LLC)*, NYSE No. 2002-010156. It is further

ORDERED that the clerk issue notice to Prudential Equity Group LLC that the hearing on Thomas R. Ajamie and Ajamie LLP's Application for Temporary Injunction is set for _June 15_, 2007 at _1:30_ a.m./p.m. The purpose of the hearing shall be to determine whether this temporary restraining order should be made a temporary injunction and whether a mandatory temporary injunction should issue ordering Prudential Equity Group LLC to interplead into the registry of this Court any and all funds held by it that are attributable to the award entered against Prudential Equity Group LLC in the arbitration styled *Sahni, et al. v. Prudential Equity Group Inc. (a/k/a Prudential Equity Group LLC)*, NYSE No. 2002-010156.

It is further

ORDERED that bond is set at $ _100.00_.

This order expires on _June 13_, 2007.

SIGNED on _MAY 30 2007_, 2007, at _5:00_ a.m./p.m.

_____
JUDGE PRESIDING
Bill Burke
Judge, 189th District Court

2

AZALAW    Fax:713-655-0062    May 30 2007 06:00pm P005/024

CAUSE NO. 2006-33057

| | | |
|---|---|---|
| THOMAS R. AJAMIE AND AJAMIE LLP, | § § § | IN THE DISTRICT COURT OF |
| Plaintiffs, | § § | |
| VS. | § § | HARRIS COUNTY, TEXAS |
| ROBERT WEISS, ROBERT H. WEISS & ASSOCIATES, P.C., AND PRUDENTIAL EQUITY GROUP, LLC | § § § § | |
| Defendants. | § | 151st JUDICIAL DISTRICT |

### DEPOSIT IN LIEU OF BOND

On May 30, 2007, the Court entered a Temporary Restraining Order in the above entitled and numbered cause enjoining Prudential Equity Group LLC and ordering the Plaintiffs Thomas R. Ajamie and Ajamie LLP to post a bond of $100.00.

In lieu of posting a bond in the amount of $100.00, Thomas R. Ajamie and Ajamie LLP hereby tender a cash deposit in the amount of $100.00.

Respectfully submitted,

AHMAD, ZAVITSANOS & ANAIPAKOS, P.C.

/s/
_____
Todd W. Mensing
State Bar No. 24013156
1221 McKinney, Suite 3460
Houston, Texas 77010
Telephone: (713) 655-1101
Telecopier: (713) 655-0062

ATTORNEYS FOR PLAINTIFFS
THOMAS R. AJAMIE and AJAMIE LLP

1