# EXHIBIT C

# MARSH

Marsh USA Inc.
Morristown, NJ - 224
(973) 401-5000

APE

| Invoice No. |
|---|
| 247660 |

Date: 6/28/07

Ramsay Lewis
Litigation Law
Prudential Financial
751 Broad Street
21st Floor
Newark, NJ 07102

| Effective Date | Expiration Date | Client No. |
|---|---|---|
| 6/13/07 | 6/13/08 | 100308 |

Policyholder: Prudential Equ

ORIGINAL        Billing Effective Date:   6/13/07

| Insurer | Policy No. | Type of Coverage / Item | Amount |
|---|---|---|---|
| WESTERN SURETY | 929426235 | MISC SURETY     PREMIUM | 158.00 |
| | | REMIT IN:   UNITED STATES DOLLARS | |
| | | Principal(s): Prudential Equity Group LLC<br>Obligee(s): US District Court of Southern District of New York<br>Bond Amount: $25,000.00<br>Bond Type: Temporary Restraining Order<br>Requester: Ramsay Lewis | |

Please indicate Invoice # 247660
on your remittance to:

Marsh USA Inc.
P.O. Box 19643
Newark, NJ 07195-0643

TOTAL:   158.00

**Invoice Is Payable In Full Upon Receipt**

Marsh earns and retains interest income on premium payments held by Marsh on behalf of insurers during the period between receipt of such payments from clients and the time such payments are remitted to the applicable insurer, where permitted by law.

## ACCOUNT REPRESENTATIVE COPY