**EXHIBIT 1**

## Matter Timekeeper Summary - Unbilled Fees

**Matter Description**  Ajamie, Thomas R.

**Matter Number**     069184.000003

| Number | Name | Title | Worked Hours | Worked Amount | Billable Hours | Billable Amount |
|--------|------|-------|-------------|---------------|----------------|-----------------|
| 00425 | Blanco, Ileana M. | PARTNER | 32.00 | 16,800.00 | 32.00 | 16,800.00 |
| 03118 | Wacker, Mary Ann | STAFF | 0.75 | 127.50 | 0.75 | 127.50 |
| 03439 | Ponig, Christina E. | ASSOC | 31.25 | 8,125.00 | 31.25 | 8,125.00 |
| | | | 64.00 | 25,052.50 | 64.00 | 25,052.50 |

## Disbursements Summary - Unbilled

**Matter Description** Ajamie, Thomas R.

**Client Name**    Prudential Financial

**Matter Number**    069184.000003

**Client Number**    069184

| 01 ▓ 06 ▓ 2007 ▓ New Period | | 0607 | | 01/07-06/07 | | LTD |
|---|---|---|---|---|---|---|
| **Description** | **Amount** | **Billable Amount** | **Amount** | **Billable Amount** | **Amount** | **Billable Amount** |
| Travel Expenditures | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 |
| **Total** | **10.00** | **10.00** | **10.00** | **10.00** | **10.00** | **10.00** |

**Timecard Detail**

| | | | |
|---|---|---|---|
| **Index** | 24290720 | **Invoice Number** | |
| **Number** | 03118 | | |
| **Name** | Mary Ann Wacker | | |
| **Matter Number** | 069184.000003 | | |
| **Matter Description** | Ajamie, Thomas R. | | |
| **Date Worked** | 6/6/2007 | **Bill Date** | |
| **Hours Worked** | 0.75 | **Bill Hours** | 0.75 |
| **Rate Worked** | 170.00 | **Bill Rate** | 170.00 |
| **Worked Amount** | 127.50 | **Bill Amount** | 127.50 |

**Description**

Locating copies of cases per request of I Blanco

Timecard Detail                                                                                    Page 1 of 1

## Timecard Detail

| | | | |
|---|---|---|---|
| **Index** | 24277824 | **Invoice Number** | |
| **Number** | 03439 | | |
| **Name** | Christina E. Ponig | | |
| **Matter Number** | 069184.000003 | | |
| **Matter Description** | Ajamie, Thomas R. | | |
| **Date Worked** | 6/4/2007 | **Bill Date** | |
| **Hours Worked** | 4.00 | **Bill Hours** | 4.00 |
| **Rate Worked** | 260.00 | **Bill Rate** | 260.00 |
| **Worked Amount** | 1,040.00 | **Bill Amount** | 1,040.00 |

**Description**

proofread, revised, and circulated Motion to Dissolve Temporary
Restraining Order to R Lewis, D Picon, and K Lewis; discussed revisions
with R Lewis, D Picon, K Coombs, and I Blanco and prepared same for
filing

Timecard Detail                                                   Page 1 of 1

## Timecard Detail

| | | | |
|---|---|---|---|
| **Index** | 24277825 | **Invoice Number** | |
| **Number** | 03439 | | |
| **Name** | Christina E. Ponig | | |
| **Matter Number** | 069184.000003 | | |
| **Matter Description** | Ajamie, Thomas R. | | |
| **Date Worked** | 6/5/2007 | **Bill Date** | |
| **Hours Worked** | 1.00 | **Bill Hours** | 1.00 |
| **Rate Worked** | 260.00 | **Bill Rate** | 260.00 |
| **Worked Amount** | 260.00 | **Bill Amount** | 260.00 |

**Description**



Timecard Detail                                                                    Page 1 of 1

**Timecard Detail**

| | | | |
|---|---|---|---|
| **Index** | 24277827 | **Invoice Number** | |
| **Number** | 03439 | | |
| **Name** | Christina E. Ponig | | |
| **Matter Number** | 069184.000003 | | |
| **Matter Description** | Ajamie, Thomas R. | | |
| **Date Worked** | 6/6/2007 | **Bill Date** | |
| **Hours Worked** | 4.50 | **Bill Hours** | 4.50 |
| **Rate Worked** | 260.00 | **Bill Rate** | 260.00 |
| **Worked Amount** | 1,170.00 | **Bill Amount** | 1,170.00 |

**Description**

analyzed Texas case law on anti-suit injunctions; analyzed federal case
law reviewing decisions of state courts enjoining federal court actions;
analyzed federal case law for support that interpleader proceedings are in
personam actions; participated in conference call with R Lewis, D Picon, K
Coombs, and I Blanco to prepare for hearing on Prudential's motion to
dissolve Ajamie's temporary restraining order

Timecard Detail

Page 1 of 1

**Timecard Detail**

| | | | |
|---|---|---|---|
| **Index** | 24277828 | **Invoice Number** | |
| **Number** | 03439 | | |
| **Name** | Christina E. Ponig | | |
| **Matter Number** | 069184.000003 | | |
| **Matter Description** | Ajamie, Thomas R. | | |
| **Date Worked** | 6/7/2007 | **Bill Date** | |
| **Hours Worked** | 6.00 | **Bill Hours** | 6.00 |
| **Rate Worked** | 260.00 | **Bill Rate** | 260.00 |
| **Worked Amount** | 1,560.00 | **Bill Amount** | 1,560.00 |

**Description**



preparation for and attendance at hearing on motion to dissolve;

Timecard Detail                                                    Page 1 of 1

**Timecard Detail**

| | | |
|---|---|---|
| **Index** | 24281123 | **Invoice Number** |
| **Number** | 03439 | |
| **Name** | Christina E. Ponig | |
| **Matter Number** | 069184.000003 | |
| **Matter Description** | Ajamie, Thomas R. | |
| **Date Worked** | 6/10/2007 | **Bill Date** |
| **Hours Worked** | 0.25 | **Bill Hours** | 0.25 |
| **Rate Worked** | 260.00 | **Bill Rate** | 260.00 |
| **Worked Amount** | 65.00 | **Bill Amount** | 65.00 |

**Description**

called Plaintiffs' counsel about Prudential's request for emergency hearing
and first amended motion to dissolve

Timecard Detail                                                                    Page 1 of 1

## Timecard Detail

| | | | |
|---|---|---|---|
| **Index** | 24284203 | **Invoice Number** | |
| **Number** | 03439 | | |
| **Name** | Christina E. Ponig | | |
| **Matter Number** | 069184.000003 | | |
| **Matter Description** | Ajamie, Thomas R. | | |
| **Date Worked** | 6/8/2007 | **Bill Date** | |
| **Hours Worked** | 9.75 | **Bill Hours** | 9.75 |
| **Rate Worked** | 260.00 | **Bill Rate** | 260.00 |
| **Worked Amount** | 2,535.00 | **Bill Amount** | 2,535.00 |

**Description**

████████████████████████ participated in conference call with R Lewis, I Blanco, D Picon, and K Coombs; drafted Request for Emergency Hearing; drafted First Amended Motion to Dissolve Temporary Restraining Order pursuant to I Blanco's changes and filed and served same

**Timecard Detail**

| | | | |
|---|---|---|---|
| Index | 24291601 | Invoice Number | |
| Number | 03439 | | |
| Name | Christina E. Ponig | | |
| Matter Number | 069184.000003 | | |
| Matter Description | Ajamie, Thomas R. | | |
| Date Worked | 6/11/2007 | Bill Date | |
| Hours Worked | 2.50 | Bill Hours | 2.50 |
| Rate Worked | 260.00 | Bill Rate | 260.00 |
| Worked Amount | 650.00 | Bill Amount | 650.00 |

**Description**

reviewed Plaintiffs' response to Weiss' Special Appearance and motion to modify the TRO; ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ discussed the federal interpleader action with K Coombs; reviewed the federal interpleader rules and statute and forwarded same to I Blanco ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ called Court Coordinator to obtain a copy of the order dissolving the TRO;

Timecard Detail                                                                    Page 1 of 1

## Timecard Detail

| | | | |
|---|---|---|---|
| Index | 24291603 | Invoice Number | |
| Number | 03439 | | |
| Name | Christina E. Ponig | | |
| Matter Number | 069184.000003 | | |
| Matter Description | Ajamie, Thomas R. | | |
| Date Worked | 6/12/2007 | Bill Date | |
| Hours Worked | 2.00 | Bill Hours | 2.00 |
| Rate Worked | 260.00 | Bill Rate | 260.00 |
| Worked Amount | 520.00 | Bill Amount | 520.00 |

**Description**

called Court Coordinator to obtain copy of order dissolving the TRO;
forwarded signed order to Prudential defense team; discussed Plaintiffs'
plan to proceed with suit against Prudential with T Mensing and reported
conversation to Prudential defense team; participated in conference call
with R Lewis, K Coombs, and I Blanco; reviewed letter from T Mensing to
the Court, challenging Weiss' Special Appearance and forwarded same to
Prudential defense team

Timecard Detail                                                                    Page 1 of 1

**Timecard Detail**

| | | | |
|---|---|---|---|
| **Index** | 24305042 | **Invoice Number** | |
| **Number** | 03439 | | |
| **Name** | Christina E. Ponig | | |
| **Matter Number** | 069184.000003 | | |
| **Matter Description** | Ajamie, Thomas R. | | |
| **Date Worked** | 6/14/2007 | **Bill Date** | |
| **Hours Worked** | 1.00 | **Bill Hours** | 1.00 |
| **Rate Worked** | 260.00 | **Bill Rate** | 260.00 |
| **Worked Amount** | 260.00 | **Bill Amount** | 260.00 |

**Description**

██████████████████████████████████████
████ discussed with K Coombs how and if all defendants in New York
action had been served and discussed same with I Blanco; participated in
conference call among R Lewis, K Coombs, and I Blanco ██████████
████████████████████████████████

Timecard Detail                                                    Page 1 of 1

## Timecard Detail

| | | | |
|---|---|---|---|
| **Index** | 24305051 | **Invoice Number** | |
| **Number** | 03439 | | |
| **Name** | Christina E. Ponig | | |
| **Matter Number** | 069184.000003 | | |
| **Matter Description** | Ajamie, Thomas R. | | |
| **Date Worked** | 6/20/2007 | **Bill Date** | |
| **Hours Worked** | 0.25 | **Bill Hours** | 0.25 |
| **Rate Worked** | 260.00 | **Bill Rate** | 260.00 |
| **Worked Amount** | 65.00 | **Bill Amount** | 65.00 |

**Description**

called K Coombs to discuss outcome of hearing in Southern District of
New York action

## Timecard Detail

| | | | |
|---|---|---|---|
| **Index** | 24278523 | **Invoice Number** | |
| **Number** | 00425 | | |
| **Name** | Ileana M. Blanco | | |
| **Matter Number** | 069184.000003 | | |
| **Matter Description** | Ajamie, Thomas R. | | |
| **Date Worked** | 5/31/2007 | **Bill Date** | |
| **Hours Worked** | 1.00 | **Bill Hours** | 1.00 |
| **Rate Worked** | 525.00 | **Bill Rate** | 525.00 |
| **Worked Amount** | 525.00 | **Bill Amount** | 525.00 |

**Description**



telephone conference with client

**Timecard Detail**

| | | | |
|---|---|---|---|
| **Index** | 24278525 | **Invoice Number** | |
| **Number** | 00425 | | |
| **Name** | Ileana M. Blanco | | |
| **Matter Number** | 069184.000003 | | |
| **Matter Description** | Ajamie, Thomas R. | | |
| **Date Worked** | 6/1/2007 | **Bill Date** | |
| **Hours Worked** | 7.50 | **Bill Hours** | 7.50 |
| **Rate Worked** | 525.00 | **Bill Rate** | 525.00 |
| **Worked Amount** | 3,937.50 | **Bill Amount** | 3,937.50 |

**Description**

various conversations with client; review various pleadings; draft and
revise motion to dissolve temporary restraining order

## Timecard Detail

| | | | |
|---|---|---|---|
| **Index** | 24278526 | **Invoice Number** | |
| **Number** | 00425 | | |
| **Name** | Ileana M. Bianco | | |
| **Matter Number** | 069184.000003 | | |
| **Matter Description** | Ajamie, Thomas R. | | |
| **Date Worked** | 6/4/2007 | **Bill Date** | |
| **Hours Worked** | 1.00 | **Bill Hours** | 1.00 |
| **Rate Worked** | 525.00 | **Bill Rate** | 525.00 |
| **Worked Amount** | 525.00 | **Bill Amount** | 525.00 |

**Description**

coordinate revisions and filing of motion to dissolve temporary restraining order

**Timecard Detail**

| | | | |
|---|---|---|---|
| **Index** | 24278527 | **Invoice Number** | |
| **Number** | 00425 | | |
| **Name** | Ileana M. Blanco | | |
| **Matter Number** | 069184.000003 | | |
| **Matter Description** | Ajamie, Thomas R. | | |
| **Date Worked** | 6/5/2007 | **Bill Date** | |
| **Hours Worked** | 3.00 | **Bill Hours** | 3.00 |
| **Rate Worked** | 525.00 | **Bill Rate** | 525.00 |
| **Worked Amount** | 1,575.00 | **Bill Amount** | 1,575.00 |

**Description**

prepare for Motion to Dissolve Temporary Restraining Order hearing; telephone conference with client, David Picon, Karen Coombs and C Ponig to discuss arguments regarding same

## Timecard Detail

| | | | |
|---|---|---|---|
| **Index** | 24278529 | **Invoice Number** | |
| **Number** | 00425 | | |
| **Name** | Ileana M. Blanco | | |
| **Matter Number** | 069184.000003 | | |
| **Matter Description** | Ajamie, Thomas R. | | |
| **Date Worked** | 6/7/2007 | **Bill Date** | |
| **Hours Worked** | 6.50 | **Bill Hours** | 6.50 |
| **Rate Worked** | 525.00 | **Bill Rate** | 525.00 |
| **Worked Amount** | 3,412.50 | **Bill Amount** | 3,412.50 |

**Description**

prepare for motion to dissolve hearing; motion to dissolve hearing; post-hearing discussions with counsel ▮▮▮▮▮▮▮▮

**Timecard Detail**

| | | | |
|---|---|---|---|
| **Index** | 24282431 | **Invoice Number** | |
| **Number** | 00425 | | |
| **Name** | Ileana M. Blanco | | |
| **Matter Number** | 069184.000003 | | |
| **Matter Description** | Ajamie, Thomas R. | | |
| **Date Worked** | 6/6/2007 | **Bill Date** | |
| **Hours Worked** | 0.50 | **Bill Hours** | 0.50 |
| **Rate Worked** | 525.00 | **Bill Rate** | 525.00 |
| **Worked Amount** | 262.50 | **Bill Amount** | 262.50 |

**Description**

telephone conference with VP ▓▓▓▓▓▓▓▓▓▓▓

**Timecard Detail**

| | | | |
|---|---|---|---|
| **Index** | 24282434 | **Invoice Number** | |
| **Number** | 00425 | | |
| **Name** | Ileana M. Blanco | | |
| **Matter Number** | 069184.000003 | | |
| **Matter Description** | Ajamie, Thomas R. | | |
| **Date Worked** | 6/8/2007 | **Bill Date** | |
| **Hours Worked** | 4.00 | **Bill Hours** | 4.00 |
| **Rate Worked** | 525.00 | **Bill Rate** | 525.00 |
| **Worked Amount** | 2,100.00 | **Bill Amount** | 2,100.00 |

**Description**

████████████████ telephone conference with client and
New York counsel; preparation for same; revise motion to reconsider and
oversee filing; ████████████████████

## Timecard Detail

| | | | |
|---|---|---|---|
| **Index** | 24284379 | **Invoice Number** | |
| **Number** | 00425 | | |
| **Name** | Ileana M. Blanco | | |
| **Matter Number** | 069184.000003 | | |
| **Matter Description** | Ajamie, Thomas R. | | |
| **Date Worked** | 6/11/2007 | **Bill Date** | |
| **Hours Worked** | 8.00 | **Bill Hours** | 8.00 |
| **Rate Worked** | 525.00 | **Bill Rate** | 525.00 |
| **Worked Amount** | 4,200.00 | **Bill Amount** | 4,200.00 |

**Description**

preparing for and defending special appearance hearing; post-hearing
issues; post-hearing reporting to client

**Timecard Detail**

| | | | |
|---|---|---|---|
| **Index** | 24293035 | **Invoice Number** | |
| **Number** | 00425 | | |
| **Name** | Ileana M. Blanco | | |
| **Matter Number** | 069184.000003 | | |
| **Matter Description** | Ajamie, Thomas R. | | |
| **Date Worked** | 6/13/2007 | **Bill Date** | |
| **Hours Worked** | 0.50 | **Bill Hours** | 0.50 |
| **Rate Worked** | 525.00 | **Bill Rate** | 525.00 |
| **Worked Amount** | 262.50 | **Bill Amount** | 262.50 |

**Description**

oversee temporary restraining order situation and various discussions
with C Ponig on same