NO. 2006-33057

| | | |
|---|---|---|
| THOMAS R. AJAMIE AND AJAMIE LLP, | § § § | IN THE DISTRICT COURT OF |
| Plaintiffs, | § § | |
| VS. | § § | HARRIS COUNTY, TEXAS |
| ROBERT WEISS, ROBERT H. WEISS & ASSOCIATES, P.C., AND PRUDENTIAL EQUITY GROUP LLC, | § § § § § | |
| Defendants. | § | 151ST JUDICIAL DISTRICT |

### PLAINTIFFS' REQUEST FOR FINDINGS OF FACT AND CONCLUSIONS OF LAW

Now come Plaintiffs, Thomas R. Ajamie and Ajamie LLP, and make this Request for Findings of Fact and Conclusions of Law and in support thereof would respectfully show the following:

1. On June 28, 2007, the Court signed an order sustaining the special appearance of Defendants Robert Weiss and Robert H. Weiss & Associates, P.C., and dismissing the Plaintiffs' cause.

2. On July 5, 2007, the Plaintiffs filed a Nonsuit of their claims herein against Prudential Equity Group, LLC, the only remaining defendant in this action.

3. Accordingly, the Court's order of June 2, 2007, is effectively a final judgment.

3. Plaintiffs request the Court to make findings of fact and conclusions of law under Texas Rules of Civil Procedure 296, 297, and 298.

4. Plaintiff requests that the Findings of Fact and Conclusions of Law be mailed to all parties as required by Texas Rule of Civil Procedure 297.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs respectfully request the Court to make findings of fact and conclusions of law, and for such other and further relief to which Plaintiffs may show themselves justly entitled..

          Respectfully submitted,

          AJAMIE LLP

          By: _____
          Dona Szak
          State Bar No. 19597500
          Ann Ryan Robertson
          State Bar No. 17050400
          Pennzoil Place - South Tower
          711 Louisiana, Suite 2150
          Houston, Texas 77002
          Telephone: (713) 860-1600
          Facsimile: (713) 860-1699

          AHMAD, ZAVITSANOS & ANAIPAKOS, P.C.
          Todd W. Mensing
          State Bar No. 24013156
          1221 McKinney, Suite 3460
          Houston, Texas 77010
          Telephone: (713) 655-1101
          Facsimile: (713) 655-0062

          ATTORNEYS FOR THOMAS R. AJAMIE
          AND AJAMIE LLP

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of **Plaintiffs Request for Findings of Fact and Conclusions of Law** has been served on the following persons by hand delivery and facsimile on July 12, 2007:

Counsel for Robert Weiss and Robert H. Weiss & Associates, P.C.:

Jeffrey A. Shadwick
Andrews Myers Coulter & Cohen, P.C.
3900 Essex Lane, Suite 800
Houston, Texas 77027-5198

_____