UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

| | | |
|---|---|---|
| PRUDENTIAL EQUITY GROUP, LLC, | : | No. 07-CV-5606 (JSR) |
| | : | |
| Plaintiff, | : | **AFFIRMATION IN OPPOSITION** |
| -against- | : | |
| THOMAS R. AJAMIE, AJAMIE LLP, ROBERT WEISS, ROBERT H. WEISS & ASSOCIATES, LLP, JOHN MOSCOW, BRIAN ROSNER, ROSNER NAPIERALA LLP, DAIVD ROBBINS, KAUFMANN FEINDER YAMIN GILDIN & ROBBINS, LLP, WALACE SHOWMAN, BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP, ROBERT KRAUS, KRAUS & ZUCHELEWSKI LLP, MARTIN KROLL, KROLL, MOSS & KROLL LLP, JOHN DOES 1-25, AND ABC CORPORATION 1-25, | : : : : : | |
| Defendants. | : | |

------------------------------------------------------------------------x

ROBERT L. HERBST, an attorney admitted to practice before this Court, affirms as follows under the penalties of perjury:

1. I am a member of the firm of Beldock Levine & Hoffman LLP ("BLH"), attorneys for John Moscow in this action. I respectfully submit this affirmation in opposition to the motion made by plaintiff Prudential Equity Group, LLC, seeking an award of attorneys' fees.

2. We respectfully adopt the arguments made by Thomas Ajamie and Ajamie LLP in their Memorandum of Law In Opposition To Prudential's Motion For Attorneys' Fees, as well as the arguments in opposition of any other defendant which also apply to Mr. Moscow.

Dated: New York, New York
      July 18, 2007

*[signature]*

ROBERT L. HERBST
BELDOCK, LEVINE & HOFFMAN LLP
99 Park Avenue
New York, New York 10016
(212) 490-0400
Attorneys for Defendant John Moscow

2