# Exhibit A

## Tom Ajamie

**From:** Picon, David A. [DPicon@proskauer.com]
**Sent:** Thursday, March 08, 2007 2:21 PM
**To:** Tom Ajamie
**Cc:** Ratner, Stephen; Coombs, Karen
**Subject:** Sahni

Dear Tom:

I understand from Karen Coombs that you have provided her with a proposal to have PEG split its payment 70/30. While PEG is amenable to such an approach and while I have prepared a counterproposal for you in that regard, PEG is not prepared to go down that road unless I get written confirmation from you as to that which we've already orally agreed; namely, that interest stopped running as of today.

Thanks.

David


David A. Picon | PROSKAUER ROSE LLP
Member of the Firm
1585 Broadway | New York, NY 10036-8299
v: 212.969.3974 | f: 212.969.2900
dpicon@proskauer.com | www.proskauer.com

****************************************************
To ensure compliance with requirements imposed by U.S.
Treasury Regulations, Proskauer Rose LLP informs you that
any U.S. tax advice contained in this communication
(including any attachments) was not intended or written to
be used, and cannot be used, for the purpose of (i)
avoiding penalties under the Internal Revenue Code or (ii)
promoting, marketing or recommending to another party any
transaction or matter addressed herein.

****************************************************
This message and its attachments are sent from a law firm
 and may contain information that is confidential and
protected by privilege from disclosure. If you are not the
intended recipient, you are prohibited from printing,
copying, forwarding or saving them. Please delete the
message and attachments without printing, copying,
forwarding or saving them, and notify the sender
immediately.