UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRUDENTIAL EQUITY GROUP, LLC,

       Plaintiff,

  v.

THOMAS R. AJAMIE, AJAMIE LLP, ROBERT WEISS, ROBERT H. WEISS & ASSOCIATES, LLP, JOHN MOSCOW, ROSNER NAPIERALA LLP, BRIAN ROSNER, DAVID ROBBINS, KAUFMANN FEINDER YAMIN GILDIN & ROBBINS, LLP, WALLACE SHOWMAN, BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP, ROBERT KRAUS, KRAUS & ZUCHLEWSKI LLP, MARTIN KROLL, KROLL, MOSS & KROLL LLP, JOHN DOES 1-25, AND ABC CORPORATIONS 1-25,

       Defendants.

No. 07-CV-5606 (JSR)

**AMENDMENT TO DECLARATION OF THOMAS R. AJAMIE**

THOMAS R. AJAMIE deposes and states:

I submit this declaration to correct a discrepancy in my declaration dated July 18, 2007. Paragraph three of my July 18th declaration contains an incorrect calculation of the amount of interest that Prudential Equity Group, LLC avoided paying while holding funds of the Sahni family and their counsel. The correct number – $69,496.95 – is set forth in paragraph thirty-seven of my declaration.

I swear under penalty of perjury that the foregoing is true and correct.

Dated: Houston, Texas
   July 24, 2007

_____