**EXHIBIT A**

### Coombs, Karen

| | |
|---|---|
| **From:** | Picon, David A. |
| **Sent:** | Friday, March 09, 2007 10:30 AM |
| **To:** | 'Tom Ajamie'; Coombs, Karen |
| **Cc:** | Ratner, Stephen |
| **Subject:** | RE: Sahni |

Tom:

We had a deal on interest and it was not contingent on *anything*. The whole reason we agreed that interest stopped as of yesterday was because the "hold-up" was on your side, not Prudential's. And now, the only reason were discussing a complicated 70/30 proposal is because your side can't deliver what it needs to deliver for Prudential to wire you the money. Prudential will not agree to a contingent deal. Prudential is prepared to send you a counterproposal on the 70/30 deal and to close it quickly, but we must first have (in writing) an agreement that interest has stopped as of yesterday. Without such a representation from you, my client has instructed me to put the money into Court.

Let's get this wrapped up.

David


David A. Picon | PROSKAUER ROSE LLP
Member of the Firm
1585 Broadway | New York, NY 10036-8299
v: 212.969.3974 | F: 212.969.2900
dpicon@proskauer.com | www.proskauer.com

---

**From:** Tom Ajamie [mailto:TAjamie@ajamie.com]
**Sent:** Thursday, March 08, 2007 7:18 PM
**To:** Coombs, Karen
**Cc:** Picon, David A.
**Subject:** RE: Sahni

Karen,

I just sent you the formal letter with the dollar amount to wire to the Sahnis account at Bear.

We do agree that interest stops running today, contingent of course on us agreeing to the terms of the proposal that you and David are drafting. I would like to review it before we finalize, in case I have any suggested changes. Thanks.

-----Original Message-----
From: Coombs, Karen [mailto:KCoombs@proskauer.com]
Sent: Thu Mar 08 17:46:41 2007
To: Tom Ajamie

Cc:     Picon, David A.
Subject:    Sahni

Tom:

The total principal plus interest through and including today, March 8, 2007 is $14,943,149.61

70% of the above total is $10,460,204.73

30% of the above total is $4,482,944,88

Karen


Karen D. Coombs | PROSKAUER ROSE LLP
1585 Broadway | New York, NY 10036-8299
V: 212.969.3308 | F: 212.969.2900
kcoombs@proskauer.com | www.proskauer.com <http://www.proskauer.com/index.html>

*********************************************************
To ensure compliance with requirements imposed by U.S.
Treasury Regulations, Proskauer Rose LLP informs you that
any U.S. tax advice contained in this communication
(including any attachments) was not intended or written to
be used, and cannot be used, for the purpose of (i)
avoiding penalties under the Internal Revenue Code or (ii)
promoting, marketing or recommending to another party any
transaction or matter addressed herein.

*********************************************************
This message and its attachments are sent from a law firm
and may contain information that is confidential and
protected by privilege from disclosure. If you are not the
intended recipient, you are prohibited from printing,
copying, forwarding or saving them. Please delete the
message and attachments without printing, copying,
forwarding or saving them, and notify the sender
immediately.