**EXHIBIT B**

## Coombs, Karen

| | |
|---|---|
| **From:** | Tom Ajamie [TAjamie@ajamie.com] |
| **Sent:** | Saturday, March 31, 2007 6:10 PM |
| **To:** | Coombs, Karen |
| **Cc:** | Twila Huso; Todd Mensing; Dona Szak |
| **Subject:** | Sahni case |

Hi Karen,

I will call you on Monday to discuss the 30% issue. I spoke to my legal team on Friday afternoon (lawyers at my firm, an outside Houston firm, and a New York firm). They were all working on that issue last week while I was in Arizona. They have already taken some steps, which I think you will like, as the steps were designed to protect Prudential, as well as me. I had previously given strict instructions to my team to protect your client's interests, since you had been acting, in my opinion, quite professionally.

I will discuss with you on Monday. And I welcome your thoughts and want to work with you collaboratively.

Tom


**Thomas R. Ajamie, Esq.**
**AJAMIE**
**Pennzoil Place - South Tower**
**711 Louisiana, Suite 2150**
**Houston, Texas 77002**
**www.ajamie.com**
**713 860 1600 telephone**
**713 860 1699 facsimile**

***CONFIDENTIALITY NOTICE***
This e-mail message is for the sole use of the intended recipient(s) and may contain confidential and privileged information subject to the attorney-client privilege or attorney work product immunity from disclosure. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message on your workstation and network. Please virus check all attachments to prevent widespread contamination and corruption of files and operating systems.