**EXHIBIT C**



Pennzoil Place - South Tower
711 Louisiana, Suite 2150
Houston, Texas 77002
www.ajamie.com
713 860 1600 telephone
713 860 1699 facsimile

Thomas R. Ajamie
tajamie@ajamie.com

0249.001

March 7, 2007

BY E-MAIL

Mr. Stephen L. Ratner
Proskauer Rose LLP
1585 Broadway
New York, New York 10036

    Re:    Charanjit Sahni, et al. v. Prudential Equity Group, Inc.,
            Index No. 06/107536

Dear Mr. Ratner:

       This firm represents Petitioners Charanjit Sahni, Harpreet Sahni, Nasimang Enterprises AVV/Nasimang Trust by Nand Sahni and Charanjit Sahni, Charanjit Sahni Custodian Angad Sahni UTMA and Charanjit Sahni Custodian Simran Sahni UTMA (collectively, "the Sahnis") in connection with the above-captioned proceedings. The following lawyers have a lien and claim on the attorneys' fees portion of the award: John W. Moscow, Wallace A. Showman, Robert Kraus, David Robbins and Martin Kroll. With the exception of the lien asserted by Robert H. Weiss against Prudential, I am aware of no lien or other claim, by any other person or entity, made against Prudential.

                                        Sincerely yours,

                                        Thomas R. Ajamie

cc:    Mr. David A. Picon
       Mr. Todd W. Mensing