

*Please return to Cashier w/ Int. Bearing Account*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PRUDENTIAL EQUITY GROUP, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>THOMAS R. AJAMIE, AJAMIE LLP, ROBERT WEISS, ROBERT H. WEISS & ASSOCIATES, LLP, JOHN MOSCOW, ROSNER NAPIERALA LLP, BRIAN ROSNER, DAVID ROBBINS, KAUFMANN FEINDER YAMIN GILDIN & ROBBINS, LLP, WALLACE SHOWMAN, BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP, ROBERT KRAUS, KRAUS & ZUCHLEWSKI LLP, MARTIN KROLL, KROLL, MOSS & KROLL LLP, JOHN DOES 1-25, AND ABC CORPORATIONS 1-25,<br><br>    Defendants. | Docket No. 07-CV-5606 (JSR)<br><br>**ORDER**<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 8-1-07 |

The Court hereby directs the Clerk of the Court to deposit the full amount of funds that are on deposit in this action ($4,482,944.88) in an interest-bearing account. The Clerk shall deduct from the income on the investment a fee equal to 10 per cent of the income earned, but not exceeding the fee authorized by the Judicial Conference of the United States and set by the Director of the Administrative Office.

SO ORDERED (on consent):

_____
Honorable Jed S. Rakoff
United States District Judge

7-31-07