UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
PRUDENTIAL EQUITY GROUP, LLC

              Plaintiff,

    v.                                      07 CV 5606 (JSR)

THOMAS R. AJAMIE, AJAMIE LLP, ROBERT
WEISS, ROBERT H. WEISS & ASSOCIATES,    **DECLARATION**
LLP, JOHN MOSCOW, ROSNER NAPIERALA,   **OF MICHAEL J. MANCUSO**
LLP, BRIAN ROSNER, DAVID ROBBINS,
KAUFMANN FEINDER YAMIN GILDIN &
ROBBINS, LLP, WALLACE SHOWMAN,
BERNSTEIN LITOWITZ BERGER &
GROSSMANN LLP, ROBERT KRAUS, KRAUS
& ZUCHLEWSKI LLP, MARTIN KROLL,
KROLL, MOSS & KROLL LLP, JOHN DOES 1-
25 and ABC CORPORATIONS 1-25

              Defendants.
------------------------------------- X

    MICHAEL J. MANCUSO declares, under penalty of perjury pursuant to 28 U.S.C. § 1746, that the following is true and correct:

    1.    I am a Vice President of Prudential Equity Group, LLC ("PEG"). I submit this declaration in response to the Court's request that PEG explain the status of the monies constituting the Fund that is the subject of the present action, including whether PEG earned interest on these monies during the period between when PEG was first prepared to pay the Fund into Court for the benefit of Defendants (but Defendants requested that PEG not do so) and the date on which PEG filed this interpleader action.

    2.    Prior to the deposit of the Fund in the Court registry in connection with this action, PEG had not earmarked or set aside specific monies constituting the Fund. Rather, the more than $4 million constituting the Fund was part of PEG's fungible bulk. Accordingly, it is

not possible to identify with precision the specific return that PEG may have realized on the Fund during the period prior to its deposit in this Court.

3. PEG does maintain a stand-alone, separately managed investment portfolio, the funds in which are used for the payment of certain PEG liabilities, including payment of customer arbitration awards. PEG's annual rate of return on that portfolio for the first quarter of 2007 was 5.32%.

4. Applying that 5.32% annual return to the $4,482,944.88 constituting the Fund, for the 76-day period (March 28, 2007 to the June 12, 2007 date of deposit), yields a total of $50,348.45.

Dated: New York, New York
August 2, 2007

MICHAEL J. MANCUSO