UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRUDENTIAL EQUITY GROUP, LLC,

                Plaintiff,

    v.

THOMAS R. AJAMIE, AJAMIE LLP, ROBERT
WEISS, ROBERT H. WEISS & ASSOCIATES,
LLP, JOHN MOSCOW, ROSNER NAPIERALA
LLP, BRIAN ROSNER, DAVID ROBBINS,
KAUFMANN FEINER YAMIN GILDIN &
ROBBINS, LLP, WALLACE SHOWMAN,
BERNSTEIN LITOWITZ BERGER &
GROSSMANN LLP, ROBERT KRAUS, KRAUS &
ZUCHLEWSKI LLP, MARTIN KROLL, KROLL,
MOSS & KROLL LLP, JOHN DOES 1-25, AND
ABC CORPORATIONS 1-25,

                Defendants.



Docket No. 07-CV-5606 (JSR)
Judge Jed S. Rakoff

## STIPULATION AND ORDER

The parties to the above-captioned action hereby stipulate and agree as follows:

WHEREAS Robert Kraus ("Kraus") and Kraus & Zuchlewski LLP ("KZ") represent (i) that they have been paid in full for their legal services by Ajamie LLP, including fees and disbursements; (ii) that they have assigned to Ajamie LLP any claim they have to the fund deposited by Plaintiff in this matter; and (iii) that they therefore no longer have any interest in this matter;

NOW, THEREFORE, the parties agree that the claims against Kraus and KZ are hereby dismissed, with prejudice and without legal fees to either party (except such fees as Prudential may be awarded from the fund).

Dated: August 1, 2007
New York, New York


PROSKAUER ROSE LLP

By: *[signature]*
    Stephen L. Ratner  (SR 4624)
    David A. Picon  (DP 6762)
    Karen D. Coombs  (KC 3538)
1585 Broadway
New York, New York 10036
(212) 969-3000
*Attorneys for Plaintiff Prudential Equity
    Group LLC*


LAW OFFICES OF ERIC J. GRANNIS

By: *[signature]*
    Eric J. Grannis  (EG 8403)

620 Fifth Avenue
New York, New York 10020
(212) 903-1025
*Attorneys for Thomas R. Ajamie, Ajamie LLP,
    David Robbins, Kaufmann Feiner
    Yamin Gildin & Robbins, LLP,
    Wallace Showman, Robert Kraus, and
    Kraus & Zuchlewski LLP*


FRANKFURT KURNIT KLEIN & SELZ PC

By: _____
    Richard M. Maltz  (RM 5627)
488 Madison Avenue
New York, New York 10022
(212) 705-4804
*Attorneys for Robert H. Weiss and Robert H.
    Weiss & Associates, LLP*


BELDOCK LEVINE & HOFFMAN LLP

By: _____
    Robert L. Herbst  (RH 8851)
99 Park Avenue
New York, New York 10016
(212) 903-1025
*Attorneys for John Moscow*


FINESTEIN & MALLOY LLC

By: _____
    Michael D. Malloy
26 Main Street
Chatham, NJ 07928
(973)-635-4500
*Attorney for Brian Rosner and Rosner
    Napierala LLP*


KROLL MOSS & KROLL LLP

By: _____
    John Moss
400 Garden City Plaza
Garden City, New York 11530
(516) 873-8000
*Attorney for Martin Kroll and Kroll, Moss &
    Kroll LLP*

Dated: August 1, 2007
New York, New York

| | |
|---|---|
| PROSKAUER ROSE LLP | LAW OFFICES OF ERIC J. GRANNIS |
| By: _____<br>Stephen L. Ratner   (SR 4624)<br>David A. Picon      (DP 6762)<br>Karen D. Coombs   (KC 3538)<br>1585 Broadway<br>New York, New York 10036<br>(212) 969-3000<br>*Attorneys for Plaintiff Prudential Equity<br>Group LLC* | By: /s/ Eric Grannis<br>Eric J. Grannis      (EG 8403)<br><br>620 Fifth Avenue<br>New York, New York 10020<br>(212) 903-1025<br>*Attorneys for Thomas R. Ajamie, Ajamie LLP,<br>David Robbins, Kaufmann Feiner<br>Yamin Gildin & Robbins, LLP,<br>Wallace Showman, Robert Kraus, and<br>Kraus & Zuchlewski LLP* |
| FRANKFURT KURNIT KLEIN & SELZ PC | BELDOCK LEVINE & HOFFMAN LLP |
| By: /s/ Richard M. Maltz<br>Richard M. Maltz   (RM 5627)<br>488 Madison Avenue<br>New York, New York 10022<br>(212) 705-4804<br>*Attorneys for Robert H. Weiss and Robert H.<br>Weiss & Associates, LLP* | By: _____<br>Robert L. Herbst   (RH 8851)<br>99 Park Avenue<br>New York, New York 10016<br>(212) 903-1025<br>*Attorneys for John Moscow* |
| FINESTEIN & MALLOY LLC | KROLL MOSS & KROLL LLP |
| By: _____<br>Michael D. Malloy<br>26 Main Street<br>Chatham, NJ 07928<br>(973)-635-4500<br>*Attorney for Brian Rosner and Rosner<br>Napierala LLP* | By: _____<br>John Moss<br>400 Garden City Plaza<br>Garden City, New York 11530<br>(516) 873-8000<br>*Attorney for Martin Kroll and Kroll, Moss &<br>Kroll LLP* |

2

Dated: August 1, 2007
New York, New York

PROSKAUER ROSE LLP

By: _____
    Stephen L. Ratner  (SR 4624)
    David A. Picon    (DP 6762)
    Karen D. Coombs  (KC 3538)
1585 Broadway
New York, New York 10036
(212) 969-3000
*Attorneys for Plaintiff Prudential Equity Group LLC*

LAW OFFICES OF ERIC J. GRANNIS

By: *[signature]* _____
    Eric J. Grannis  (EG 8403)

620 Fifth Avenue
New York, New York 10020
(212) 903-1025
*Attorneys for Thomas R. Ajamie, Ajamie LLP, David Robbins, Kaufmann Feiner Yamin Gildin & Robbins, LLP, Wallace Showman, Robert Kraus, and Kraus & Zuchlewski LLP*

FRANKFURT KURNIT KLEIN & SELZ PC

By: _____
    Richard M. Maltz  (RM 5627)
488 Madison Avenue
New York, New York 10022
(212) 705-4804
*Attorneys for Robert H. Weiss and Robert H. Weiss & Associates, LLP*

BELDOCK LEVINE & HOFFMAN LLP

By: *[signature]* _____
    Robert L. Herbst  (RH 8851)
99 Park Avenue
New York, New York 10016
(212) 903-1025
*Attorneys for John Moscow*

FINESTEIN & MALLOY LLC

By: _____
    Michael D. Malloy
26 Main Street
Chatham, NJ 07928
(973)-635-4500
*Attorney for Brian Rosner and Rosner Napierala LLP*

KROLL MOSS & KROLL LLP

By: _____
    John Moss
400 Garden City Plaza
Garden City, New York 11530
(516) 873-8000
*Attorney for Martin Kroll and Kroll, Moss & Kroll LLP*

2

AUG-03-2007 11:56        Finestein Malloy LLC                        9736354543        P.06

Dated: August 1, 2007
New York, New York

PROSKAUER ROSE LLP                                LAW OFFICES OF ERIC J. GRANNIS

By: _____                By: *[signature: Eric Grannis]*
    Stephen L. Ratner    (SR 4624)                    Eric J. Grannis    (EG 8403)
    David A. Picon       (DP 6762)
    Karen D. Coombs      (KC 3538)
1585 Broadway                                     620 Fifth Avenue
New York, New York 10036                          New York, New York 10020
(212) 969-3000                                    (212) 903-1025
*Attorneys for Plaintiff Prudential Equity*       *Attorneys for Thomas R. Ajamie, Ajamie LLP,*
    *Group LLC*                                       *David Robbins, Kaufmann Feiner*
                                                      *Yamin Gildin & Robbins, LLP,*
                                                      *Wallace Showman, Robert Kraus, and*
                                                      *Kraus & Zuchlewski LLP*

FRANKFURT KURNIT KLEIN & SELZ PC                  BELDOCK LEVINE & HOFFMAN LLP

By: _____                By: _____
    Richard M. Maltz    (RM 5627)                     Robert L. Herbst    (RH 8851)
488 Madison Avenue                                99 Park Avenue
New York, New York 10022                          New York, New York 10016
(212) 705-4804                                    (212) 903-1025
*Attorneys for Robert H. Weiss and Robert H.*     *Attorneys for John Moscow*
    *Weiss & Associates, LLP*

FINESTEIN & MALLOY LLC                            KROLL MOSS & KROLL LLP

By: *[signature]*                                 By: _____
    Michael D. Malloy                                 John Moss
26 Main Street (MMS/96)                           400 Garden City Plaza
Chatham, NJ 07928                                 Garden City, New York 11530
(973)-635-4500                                    (516) 873-8000
*Attorney for Brian Rosner and Rosner*            *Attorney for Martin Kroll and Kroll, Moss &*
    *Napierala LLP*                                   *Kroll LLP*

2

PROSKAUER ROSE LLP

By: _____
    Stephen L. Ratner  (SR 4624)
    David A. Picon  (DP 6762)
    Karen D. Coombs  (KC 3538)
1585 Broadway
New York, New York 10036
(212) 969-3000
*Attorneys for Plaintiff Prudential Equity Group LLC*

LAW OFFICES OF ERIC J. GRANNIS

By: _____
    Eric J. Grannis  (EG 8403)

620 Fifth Avenue
New York, New York 10020
(212) 903-1025
*Attorneys for Thomas R. Ajamie, Ajamie LLP, David Robbins, Kaufmann Feiner Yamin Gildin & Robbins, LLP, Wallace Showman, Robert Kraus, and Kraus & Zuchlewski LLP*

FRANKFURT KURNIT KLEIN & SELZ PC

By: _____
    Richard M. Maltz  (RM 5627)
488 Madison Avenue
New York, New York 10022
(212) 705-4804
*Attorneys for Robert H. Weiss and Robert H. Weiss & Associates, LLP*

BELDOCK LEVINE & HOFFMAN LLP

By: _____
    Robert L. Herbst
99 Park Avenue
New York, New York 10016
(212) 903-1025
*Attorneys for John Moscow*

FINESTEIN & MALLOY LLC

By: _____
    Michael D. Malloy
26 Main Street
Chatham, NJ 07928
(973)-635-4500
*Attorney for Brian Rosner and Rosner Napierala LLP*

KROLL MOSS & KROLL LLP

By: _____
    John Moss  (JM 9362)
400 Garden City Plaza
Garden City, New York 11530
(516) 873-8000
*Attorney for Martin Kroll and Kroll, Moss & Kroll LLP*

2

SO ORDERED:

_____
Honorable Jed S. Rakoff
United States District Judge

8-7-07