UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

PRUDENTIAL EQUITY GROUP, LLC,

              **Plaintiff,**

- against -

THOMAS R. AJAMIE, AJAMIE LLP, ROBERT
WEISS, ROBERT H. WEISS & ASSOCIATES, LLP,
JOHN MOSCOW, ROSNER NAPIERALA, LLP,
BRIAN ROSNER, DAVID ROBBINS, KAUFMANN
FEINDER YAMIN GILDIN & ROBBINS, LLP,
WALLACE SHOWMAN, BERNSTEIN LITOWITZ
BERGER & GROSSMAN LLP, ROBERT KRAUS,
KRAUS & ZUCHLEWSKI LLP, MARTIN KROLL,
KROLL, MOSS & KROLL, LLP, JOHN DOES 1-25,
and ABC CORPORATIONS 1-25,

              **Defendants.**

------------------------------------------------------------------X

THIS DOCUMENT HAS BEEN ELECTRONICALLY FILED.

**REPLY TO CROSS-CLAIMS**

Case No. 07 CIV 5606 (JSR)

      Defendant, KROLL, MOSS & KROLL, LLP, as and for its Reply to the Cross-Claims of Brian Rosner and Rosner & Napierala, LLP, alleges as follows:

      1.    Denies knowledge or information sufficient to form a belief as to the truth of the matters set forth in paragraphs 2-4, 6, 10, 12-14, 16-22, 24-28, and 31-34 of such Cross-Claim.

      2.    Refer all conclusions mentioned in paragraphs 1, 5, 7, 15, and 23 of such Cross-Claim to the Court for interpretation.

      3.    Deny the allegations contained in paragraphs 29 and 35 of such Cross-Claim.

## AS AND FOR A FIRST AFFIRMATIVE DEFENSE

4. The Cross-Claim relates to attorney's fees earned after those earned by Kroll, Moss & Kroll, LLP, which are a prior superior lien on the proceeds of the litigation.

## AS AND FOR A SECOND AFFIRMATIVE DEFENSE

5. The Cross-Claims asserted by Defendants Brian Rosner and Rosner & Napierala, LLP, against the Adjamie and Moscow Defendants should be severed and pursued as a separate dispute among them after determination of the amounts of attorney's fees earned by prior counsel.

**DATED:** Garden City, New York
August 9, 2007

S/ _____
**MARTIN N. KROLL (MK-1222)**
**KROLL, MOSS & KROLL, LLP**
**Defendants Pro Se**
**400 Garden City Plaza**
**Garden City, New York 11530**
**516-873-8000**

JKM/kh
Z:\Docs\SAHNI\USDC\REPLY-ROSNER.wpd