UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

THIS DOCUMENT HAS BEEN ELECTRONICALLY FILED.

**PRUDENTIAL EQUITY GROUP, LLC,**

              **Plaintiff,**

- against -

**THOMAS R. AJAMIE, AJAMIE LLP, ROBERT WEISS, ROBERT H. WEISS & ASSOCIATES, LLP, JOHN MOSCOW, ROSNER NAPIERALA, LLP, BRIAN ROSNER, DAVID ROBBINS, KAUFMANN FEINDER YAMIN GILDIN & ROBBINS, LLP, WALLACE SHOWMAN, BERNSTEIN LITOWITZ BERGER & GROSSMAN LLP, ROBERT KRAUS, KRAUS & ZUCHLEWSKI LLP, MARTIN KROLL, KROLL, MOSS & KROLL, LLP, JOHN DOES 1-25, and ABC CORPORATIONS 1-25,**

              **Defendants.**

-------------------------------------------------------------------X

**REPLY TO CROSS-CLAIMS**

Case No. 07 CIV 5606 (JSR)

      Defendant, KROLL, MOSS & KROLL, LLP, as and for its Reply to the Cross-Claims of Thomas R. Adjamie and Wallace Showman, alleges as follows:

      1.    Denies knowledge or information sufficient to form a belief as to the truth of the matters set forth in paragraphs 57-70, 72-74, and 77-92 of such Cross-Claim.

      2.    Refer all conclusions mentioned in paragraphs 56, 71, 75, 93, 95, and 96 of such Cross-Claim to the Court for interpretation.

      **AS AND FOR A FIRST AFFIRMATIVE DEFENSE**

      3.    The Cross-Claim relates to attorney's fees earned after those earned by Kroll, Moss & Kroll, LLP, which are a prior superior lien on the proceeds of

the litigation.

## AS AND FOR A SECOND AFFIRMATIVE DEFENSE

4.  The Cross-Claims asserted by Defendants Adjamie and Wallace against the Weiss Defendants should be severed and pursued as a separate dispute among them after determination of the amounts of attorney's fees earned by prior counsel.

**DATED:**   **Garden City, New York**
             **August 9, 2007**

                                                S/ _____
                                                MARTIN N. KROLL (MK-1222)
                                                KROLL, MOSS & KROLL, LLP
                                                Defendants Pro Se
                                                400 Garden City Plaza
                                                Garden City, New York 11530
                                                516-873-8000

JKM/kh
Z:\Docs\SAHNI\USDC\REPLY-ADJAMIE.wpd

2