UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
THIS DOCUMENT HAS BEEN ELECTRONICALLY FILED.
-------------------------------------------------------------------X

**PRUDENTIAL EQUITY GROUP, LLC,**

                **Plaintiff,**

- against -

**REPLY TO CROSS-CLAIMS**

THOMAS R. AJAMIE, AJAMIE LLP, ROBERT WEISS, ROBERT H. WEISS & ASSOCIATES, LLP, JOHN MOSCOW, ROSNER NAPIERALA, LLP, BRIAN ROSNER, DAVID ROBBINS, KAUFMANN FEINDER YAMIN GILDIN & ROBBINS, LLP, WALLACE SHOWMAN, BERNSTEIN LITOWITZ BERGER & GROSSMAN LLP, ROBERT KRAUS, KRAUS & ZUCHLEWSKI LLP, MARTIN KROLL, KROLL, MOSS & KROLL, LLP, JOHN DOES 1-25, and ABC CORPORATIONS 1-25,

Case No. 07 CIV 5606 (JSR)

                **Defendants.**

-------------------------------------------------------------------X

      Defendant, KROLL, MOSS & KROLL, LLP, as and for its Reply to the Cross-Claims of John Moscow, alleges as follows:

      1.    Denies knowledge or information sufficient to form a belief as to the truth of the matters set forth in paragraphs 5-20 of such Cross-Claim.

      2.    Refer all issues of law mentioned in paragraph 4 of such Cross-Claim to the Court for interpretation.

### AS AND FOR A FIRST AFFIRMATIVE DEFENSE

      3.    The Cross-Claim relates to attorney's fees earned after those earned by Kroll, Moss & Kroll, LLP, which are a prior superior lien on the proceeds of the litigation.

## AS AND FOR A SECOND AFFIRMATIVE DEFENSE

4. The Cross-Claims asserted by Defendant John Moscow against his prior law partner and firm should be severed and pursued as a separate dispute among them after determination of the amounts of attorney's fees earned by prior counsel.

**DATED:**    Garden City, New York
              August 9, 2007

                                              **S/**_____
                                              **MARTIN N. KROLL (MK-1222)**
                                              **KROLL, MOSS & KROLL, LLP**
                                              **Defendants Pro Se**
                                              **400 Garden City Plaza**
                                              **Garden City, New York 11530**
                                              **516-873-8000**

JKM/kh
Z:\Docs\SAHNI\USDC\REPLY-MOSCOW.wpd

Case 1:07-cv-05606-JSR    Document 37    Filed 08/09/2007    Page 3 of 3