UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK   THIS DOCUMENT HAS BEEN
ELECTRONICALLY
-------------------------------------------------------------------X   FILED.

**PRUDENTIAL EQUITY GROUP, LLC,**

                  **Plaintiff,**

    - against -   **REPLY TO CROSS-CLAIMS**

**THOMAS R. AJAMIE, AJAMIE LLP, ROBERT WEISS, ROBERT H. WEISS & ASSOCIATES, LLP, JOHN MOSCOW, ROSNER NAPIERALA, LLP, BRIAN ROSNER, DAVID ROBBINS, KAUFMANN FEINDER YAMIN GILDIN & ROBBINS, LLP, WALLACE SHOWMAN, BERNSTEIN LITOWITZ BERGER & GROSSMAN LLP, ROBERT KRAUS, KRAUS & ZUCHLEWSKI LLP, MARTIN KROLL, KROLL, MOSS & KROLL, LLP, JOHN DOES 1-25, and ABC CORPORATIONS 1-25,**

Case No. 07 CIV 5606 (JSR)

                  **Defendants.**

-------------------------------------------------------------------X

      Defendant, KROLL, MOSS & KROLL, LLP, as and for its Reply to the Cross-Claims of Robert H. Weiss & Associates, LLP and Robert Weiss (Weiss Defendants) alleges as follows:

      1.    Denies knowledge or information sufficient to form a belief as to the truth of the matters set forth in paragraphs 55, 60-63, 65-70, 72, 74, 75, 77, 80, 81, and 85-88 of such Cross-Claim.

      2.    Refer all conclusions mentioned in paragraphs 54, 59, 64, 71, 78, 82, 83, 89, 91, and 92 of such Cross-Claim to the Court for interpretation.

      3.    Deny the allegations contained in paragraphs 57, 58, and 93 of such Cross-Claim.

4. Repeats and realleges each and every response to the paragraphs prior to paragraphs 76, 79, 84, and 90 of such Cross-Claims as if more fully set forth herein.

### AS AND FOR A FIRST AFFIRMATIVE DEFENSE

4. The Cross-Claim relates to attorney's fees earned after those earned by Kroll, Moss & Kroll, LLP, which are a prior superior lien on the proceeds of the litigation.

**DATED:** Garden City, New York
August 20, 2007

S/ _____
**MARTIN N. KROLL (MK-1222)**
**KROLL, MOSS & KROLL, LLP**
**Defendants Pro Se**
**400 Garden City Plaza**
**Garden City, New York 11530**
**516-873-8000**

JKM/kh
Z:\Docs\SAHNI\USDC\REPLY-WEISS.wpd