Robert L. Herbst (RLH8851)
Sofia Yakren (SY4874)
BELDOCK LEVINE & HOFFMAN LLP
99 Park Avenue, Suite 1600
New York, New York 10016
(212) 490-0400

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PRUDENTIAL EQUITY GROUP, LLC,

       Plaintiff,

  v.

THOMAS R. AJAMIE, et al.

       Defendants.
------------------------------------------------------------X

**ANSWER TO CROSS-CLAIMS OF ROBERT WEISS AND ROBERT WEISS & ASSOCIATES**

07 Civ. 5606 (JSR)

  Defendant John Moscow, by his attorneys, Beldock Levine & Hoffman LLP, alleges on information and belief as and for his answer to the cross-claims of Robert Weiss, and Robert Weiss & Associates as follows:

  1. Admits the allegations in paragraph 54.

  2. Admits the allegations in paragraph 55.

  3. Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 56.

  4. Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 57.

  5. Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 58.

  6. Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 59.

7.  Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 60.

8.  Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 61.

9.  Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 62.

10. Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 63.

11. Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 64.

12. Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 65.

13. Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 66.

14. Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 67.

15. Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 68.

16. Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 69.

17. Denies the allegations in paragraph 70, except denies knowledge or information sufficient to form a belief as to the truth of the allegations regarding Weiss and admits that

defendants retained the services of Moscow, who was a general partner at Rosner, Moscow & Napierala, LLP, and who was not a member of Ajamie's firm, to act as co-counsel.

    18.    Admits the allegations in paragraph 71.

    19.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 72.

    20.    Admits the allegations in paragraph 73.

    21.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 74; and refer all questions of law to the Court.

    22.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 75.

    23.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 77; and refers all questions of law to the Court.

    24.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 78; and refers all questions of law to the Court.

    25.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 80, except admits that Ajamie is an attorney admitted in Texas.

    26.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 81.

    27.    Denies each and every allegation in paragraph 82; and refers all questions of law to the Court.

    28.    Denies each and every allegation in paragraph 83; and refers all questions of law to the Court.

29. Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 85; and refers all questions of law to the Court.

30. Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 86; and refers all questions of law to the Court.

31. Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 87; and refers all questions of law to the Court.

32. Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 88; and refers all questions of law to the Court.

33. Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 89; and refers all questions of law to the Court.

34. Denies each and every allegation in paragraph 91; and refers all questions of law to the Court.

35. Denies each and every allegation in paragraph 92; and refers all questions of law to the Court.

36. Denies each and every allegation in paragraph 93; and refers all questions of law to the Court.

37. Has no obligation to respond to the affirmative defenses set forth in paragraphs 94 through 101.

Dated: New York, New York
       August 23, 2007

Respectfully submitted,

BELDOCK, LEVINE & HOFFMAN LLP

_____
Robert L. Herbst (RLH8851)
Sofia Yakren (SY4874)
Attorneys for Plaintiff