Robert L. Herbst (RLH8851)
Sofia Yakren (SY4874)
BELDOCK LEVINE & HOFFMAN LLP
99 Park Avenue, Suite 1600
New York, New York 10016
(212) 490-0400

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PRUDENTIAL EQUITY GROUP, LLC,

                      Plaintiff,

          v.

THOMAS R. AJAMIE, et al.

                    Defendants.
------------------------------------------------------------X

**ANSWER TO CROSS-CLAIMS OF MARTIN KROLL AND KROLL, MOSS & KROLL, LLP**

07 Civ. 5606 (JSR)

      Defendant John Moscow, by his attorneys, Beldock Levine & Hoffman LLP, alleges on information and belief as and for his answer to the cross-claims of Martin Kroll, and Kroll, Moss & Kroll, LL as follows:

      1.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 3.

      2.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 4.

      3.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 5.

      4.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 6.

      5.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 7.

6. Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 8.

7. Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 9.

8. Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 10.

9. Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 11.

10. Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 12.

11. Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 13.

12. Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 14.

13. Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 15.

14. Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 16.

15. Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 17.

16. Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 18.

17.   Admits the allegations in paragraph 19.

18.   The allegations in paragraph 20 are solely questions of law, which are referred to the Court.

Dated: New York, New York
       August 23, 2007

> Respectfully submitted,
>
> BELDOCK, LEVINE & HOFFMAN LLP
>
> _____
> Robert L. Herbst (RLH8851)
> Sofia Yakren (SY4874)
> Attorneys for Plaintiff