UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PRUDENTIAL EQUITY GROUP, LLC,<br><br>     Plaintiff,<br><br>   v.<br><br>THOMAS R. AJAMIE, AJAMIE LLP, ROBERTWEISS, ROBERT H. WEISS & ASSOCIATES, LLP, JOHN MOSCOW, BRIAN ROSNER,ROSNER NAPIERALA LLP, DAVID ROBBINS, KAUFMANN FEINDER YAMIN GILDIN & ROBBINS, LLP, WALLACE SHOWMAN, BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP, ROBERT KRAUS, KRAUS & ZUCHLEWSKI LLP, MARTIN KROLL, KROLL, MOSS & KROLL LLP, JOHN DOES 1-25, and ABC CORPORATIONS 1-25,<br><br>     Defendants. | Case No. 07-CV-5606 (JSR)<br><br>**ECF**<br><br><br>**NOTICE OF MOTION TO DISMISS CERTAIN CROSSCLAIMS OF JOHN MOSCOW** |

To: Robert L. Herbst, Esq.
   Beldock, Levine & Hoffman, LLP
   99 Park Avenue, Suite 1600
   New York, New York  10016
   Attorneys for Defendant, John R. Moscow
    and

   Eric J. Grannis, Esq.
   Law Office Of Eric J. Grannis
   620 Fifth Avenue
   New York, New York  10020
   Attorneys for Defendants,
   Thomas R. Ajamie, Esq., Ajamie, LLP, and
   Wallace Showman

    and

   All Other Counsel of Record

{00030858 / MMALLOY}

PLEASE TAKE NOTICE that on October 4, 2007, or as soon thereafter as counsel may be heard, the undersigned attorney for interpleader defendants Brian Rosner ("Rosner") and Rosner & Napierala, LLP ("R&N") will move this Court, located at Room 1340, 500 Pearl Street, New York, NY 10007, for an order dismissing certain claims made ("Subject Claims") by interpleader defendant John Moscow ("Moscow") against Rosner and R&N in Moscow's "Cross-Claims Against Defendants-in-Interpleader" filed August 3, 2007.

PLEASE TAKE FURTHER NOTICE that the grounds for this Motion are, inter alia, that: (i) the Subject Claims do not meet the requirements of Federal Rule of Civil Procedure 13(g); and (ii) the Court lacks supplemental subject-matter jurisdiction over them.

PLEASE TAKE FURTHER NOTICE that opposition to this Motion is due on September 20, 2007; and that any reply thereto is due on September 27, 2007.

PLEASE TAKE FURTHER NOTICE that movant shall rely upon the accompanying Memorandum of Law in support of the relief sought hereby.

Dated: September 6, 2007
       Chatham, New Jersey

FINESTEIN & MALLOY, L.L.C.

/s/ *Michael D. Malloy*
Michael D. Malloy (MM 5196)
26 Main Street
Chatham, New Jersey 07928
Telephone: (973) 635-4500
Facsimile: (973) 635-4543
Attorneys for Brian Rosner, Esq.
and Rosner & Napierala, LLP