```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
PRUDENTIAL EQUITY GROUP, LLC,       :
                                    :
            Plaintiff,              :    07 Civ. 5606 (JSR)
                                    :
       -v-                          :    ORDER
                                    :
THOMAS R. AJAMIE et al.,            :
                                    :
            Defendants.             :
------------------------------------x
```

JED S. RAKOFF, U.S.D.J.

Defendants Brian Rosner and Rosner & Napierala, LLP move to dismiss the cross-claims of defendant John Moscow set forth in paragraphs 18 to 20 of Moscow's Answer to Complaint for Interpleader and Cross-Claims, which relate primarily to moneys Moscow may be owed out of revenues generated by client representations other than the representation that is the subject of the interpleader action. The cross-claims in those paragraphs are hereby dismissed because (a) the Court finds that they do not satisfy the requirements of 18 U.S.C. § 1367(a), and (b) even if this were not so the Court would decline to exercise supplemental jurisdiction over these cross-claims pursuant to § 1367(c)(4). An opinion explaining the reasons for these determinations will issue in due course.

SO ORDERED.

JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       October 10, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10-10-07