SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRUDENTIAL EQUITY  Plaintiff,
GROUP, LLC,

- against -

THOMAS R. AJAMIE, et  Defendant.
al.,

__7__ cv __5606__ (JSR)

MOTION TO ADMIT COUNSEL
PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the

Southern and Eastern Districts of New York, I,  Eric J. Grannis  a member in good standing of

the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name:  Dona Szak
Firm Name:  Ajamie LLP
Address:  Pennzoil Place - South Tower
City/State/Zip:  Houston, Texas 77002
Phone Number:  (713) 860-1614
Fax Number:  (713) 860-1699

Dona Szak  is a member in good standing of the Bar of the States of

Texas

There are no pending disciplinary proceeding against  Dona Szak
in any State or Federal court.

Dated: December 12, 2007
City, State:  New York, New York

Respectfully submitted,

Sponsor's
SDNY Bar  EG 8403
Firm Name: Law Offices of Eric J. Grannis
Address:  620 Fifth Avenue
City/State/Zip: New York, New York 10020
Phone Number: (212) 903-1025
Fax Number: (212) 208-4597

SDNY Form Web 10/2006

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PRUDENTIAL EQUITY GROUP, LLC,<br><br>       Plaintiff,<br><br>    v.<br><br>THOMAS R. AJAMIE, AJAMIE LLP, ROBERT WEISS, ROBERT H. WEISS & ASSOCIATES, LLP, JOHN MOSCOW, ROSNER NAPIERALA LLP, BRIAN ROSNER, DAVID ROBBINS, KAUFMANN FEINDER YAMIN GILDIN & ROBBINS, LLP, WALLACE SHOWMAN, BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP, ROBERT KRAUS, KRAUS & ZUCHLEWSKI LLP, MARTIN KROLL, KROLL, MOSS & KROLL LLP, JOHN DOES 1-25, AND ABC CORPORATIONS 1-25,<br><br>       Defendants. | No. 07-CV-5606 (JSR)<br><br>**DECLARATION OF ERIC GRANNIS IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |

State of New York )
        ) ss:
County of New York )

Eric Grannis, being duly sworn, hereby deposes and says as follows:

   1.  I am counsel for Defendants Thomas R. Ajamie and Ajamie LLP, (collectively "The Ajamie Defendants") in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of The Ajamie Defendants' motion to admit Dona Szak as counsel pro hac vice to represent The Ajamie Defendants in this matter.

   2.  I am a member in good standing of the bar of the State of New York and

was admitted to practice law in 1995. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. Ms. Szak is a partner at Ajamie LLP in Houston, Texas.

4. I have found Ms. Szak to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

5. Accordingly, I am pleased to move the admission of Ms. Szak, pro hac vice.

6. I respectfully submit a proposed order granting the admission of Dona Szak, pro hac vice, which is attached hereto as Exhibit A.

7. I respectfully submit a certificate of good standing for Dona Szak, which is hereto attached as Exhibit B.

WHEREFORE it is respectfully requested that the motion to admit Dona Szak, pro hac vice, to represent The Ajamie Defendants in the above captioned matter, be granted.

Dated: New York, New York
December 12, 2007

LAW OFFICES OF ERIC J. GRANNIS

By: _____
Eric J. Grannis (EG 8403)
620 Fifth Avenue
New York, New York 10020
(212) 903-1025

*Attorneys for Defendants Thomas R. Ajamie and Ajamie LLP*

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRUDENTIAL EQUITY GROUP, Plaintiff,
LLC,

7   cv  5606   (JSR)

- against -

THOMAS R. AJAMIE, et al.,   Defendant.

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of  Eric J. Grannis    attorney for  Thomas R. Ajamie and Ajamie LLP

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Dona Szak |
| Firm Name: | Ajamie LLP |
| Address: | Pennzoil Place - South Tower |
| City/State/Zip: | Houston, Texas 77002 |
| Telephone/Fax: | (713) 860-1614 |
| Email Address: | (713) 860-1699 |

is admitted to practice pro hac vice as counsel for   Thomas R. Ajamie and Ajamie LLP   in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:  New York, New York

_____
United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $          SDNY RECEIPT#
SDNY Form Web 10/2006

# STATE BAR OF TEXAS



Office of the Chief Disciplinary Counsel

December 4, 2007

Re:   Dona Szak, State Bar Number 19597500

To Whom It May Concern:

This is to certify that Ms. Dona Szak was licensed to practice law in Texas on November 2, 1984, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues and attorney occupation tax; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension.

No previous disciplinary sanctions have been entered against Ms. Szak's law license.

Sincerely,

John A. Neal
Chief Disciplinary Counsel

JN/ss



## AFFIRMATION OF SERVICE

I, Eric J. Grannis, hereby affirm that I am a member of the Bar of this Court and that on December 12, 2007, I served by email a copy of the attached document upon:

Robert Herbst
Bedlock Levine & Hoffman LLP

Michael Malloy
Finestein & Malloy LLC

Richard Maltz
Frankfurt Kurnit Klein & Selz PC

_____
Eric J. Grannis