UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

PRUDENTIAL EQUITY GROUP, LLC

                                 Plaintiff,

          -against-                             NOTICE OF MOTION FOR
                                                                    SUMMARY JUDGMENT

THOMAS R. AJAMIE, AJAMIE LLP, ROBERT H.
WEISS, et al.                                     07 CV 5606 (JSR)

                                Defendants.
-------------------------------------------------------------------X

      PLEASE TAKE NOTICE that upon the annexed affidavit of Robert H. Weiss, Esq., dated January 2, 2007, and the exhibits annexed thereto, a statement pursuant to Rule 56.1, a memorandum of law and all the prior pleadings and proceedings heretofore had herein, and upon answering papers due on January 18, 2007 and reply papers due on January 25, 2007, and oral argument scheduled for February 1, 2008 at 2:00 P.M., cross-claimant Robert H. Weiss, by his undersigned attorney of record, will move for summary judgment or partial summary judgment, pursuant to Federal Rule 56, before the Hon. Jed S. Rakoff, at the Federal District Court Courthouse, located at 500 Pearl Street, New York, New York, 10007 on February 1, 2008 seeking a decision determining that:

    (i)     Cross-claimant Ajamie is not entitled to a legal
            fee from the monies deposited in Court for work
            in New York on the Sahni Arbitration because he
            engaged in the Unauthorized Practice of Law;
            or, in the alternative,

    (ii)    Cross-claimants' Amended Fee Sharing Agreement
            is enforceable as a matter of law; and,

- 1 -

- 2 -

    (iii)    All current and former co-defendants, other than Kroll, should seek their legal fees owed for work in the Sahni Arbitration from Ajamie, who was the party who contracted for their services, and not from the disputed funds deposited in Court; or,

    (iv)    Grant any further or different relief that this Court deems fair, just or equitable.

Dated: January 3, 2008
       New York, NY

*/s/ Richard M. Maltz*
Richard M. Maltz, Esq. (RM 5627)
Attorney for Plaintiff

RICHARD M. MALTZ, PLLC
488 Madison Avenue - 10th Flr.
New York, NY 10022
(212) 705-4804
(347) 438-2087 (fax)

TO:    Karen D. Coombs, Esq.
Proskauer Rose LLP
1585 Broadway
New York, NY 10036-8299

Eric J. Grannis, Esq.
Law Firm of Eric J. Grannis
620 Fifth Avenue
New York, NY 10020

John Moss, Esq.
Kroll, Moss & Kroll, LLP
400 Garden City Plaza – Suite 310
Garden City, NY 11530-3322

Michael Malloy, Esq.
Finestein & Malloy LLC
26 Main Street
Chatham, NJ 07928

Robert L. Herbst, Esq.
Beldock Levine & Hoffman, LLP
99 Park Avenue – Suite 1600
New York, NY 10016