# KROLL, MOSS & KROLL, LLP
### ATTORNEYS AT LAW
#### 400 GARDEN CITY PLAZA
#### GARDEN CITY, NEW YORK 11530

TELEPHONE: (516) 873-8000
TELECOPIER: (516) 873-8009
CABLE: "KROBLEX NEW YORK"

Mr. Charanjit Sahni
110 Deer Run
Roslyn Heights, New York 11577

October 2, 2001

FOR PROFESSIONAL SERVICES RENDERED:

Re:    **Prudential Securities**
       **Our File No. 2971**

For legal services rendered per
annexed invoice number 39703             ..............         $5,554.02

Deposit to Retainer Account
(8/30/01)                          ......      $5,000.00

Payment from Retainer Account      ......      $5,000.00

New Balance of Retainer Account.   ......    - $   554.02

**Second Installment of Retainer Due**   ..............      $5,000.00

C:\K\BILLING\2971.Sep

WEISS 0339