# ROBERT H. WEISS & ASSOCIATES P.C.

50 JERICHO TURNPIKE, SUITE 201          PHONE: (516) 876-4213
JERICHO, NY 11753                       FAX:   (516) 876-6906



August 8, 2003

<u>Via Facsimile and Certified Mail</u>

Martin N. Kroll, Esq.
Kroll, Moss & Kroll, LLP
400 Garden City Plaza
Garden City, New York 11530

Re: <u>Sahni et al. v. Prudential Securities et al.</u>
<u>NYSE Arb. No. 2002-010156</u>

Dear Mr. Kroll:

Please send immediately all documents and information regarding the above-referenced matter that are in your firm's possession to Robert H. Weiss, attorney for Charanjit Sahni, Harpreet Sahni, Nand K. Sahni and Nasimang Enterprises AVV, at the following address:

Robert H. Weiss, Esq.
Robert H. Weiss & Associates, P.C.
50 Jericho Turnpike, Suite 201
Jericho, New York 11753

Under New York law, a client's right to his case file is superior to that of an attorney. See <u>Sage Realty Corporation v. Proskauer Rose Goetz & Mendelsohn</u>, 91 N.Y.2d 30, 36 ("When the attorney's file is sought in connection with a pending matter, courts have also refused to recognize a property right of the attorney in the file superior to that of the client.") Therefore, you are under an obligation to forward all documents and information regarding the above-referenced matter immediately to Robert Weiss. We are aware that your firm believes that it has an outstanding lien regarding this matter in the amount of $64,250.00. The issue of this lien may be addressed through a judiciary proceeding.

Very truly yours,

Rina Spiewak
Rina Spiewak

WEISS 0364

# Memorandum



**To:** Steven Feinberg

**From:** Rina Spiewak

**Date:** 8/11/03

**Re:** <u>Sahni et al. v. Prudential Securities et al.</u>

---

We have been unable to resolve the issue of the Sahni file, which is being held hostage by the law firm Kroll, Moss & Kroll, LLP, who formerly represented the Sahnis in their NYSE arbitration proceeding against Prudential Securities Inc. We would like to retain you to file an order to show cause on our behalf to compel Kroll, Moss & Kroll to turn over the Sahnis' file their current attorneys, Robert H. Weiss & Associates, P.C. Below is the name of the attorney and law firm in question and the full caption of the NYSE arbitration proceeding. Please let me know if you require any other information.

Martin N. Kroll
Kroll, Moss & Kroll
400 Garden City Plaza
Garden City, New York 11530

Charanjit Sahni, Harpreet Sahni, Nasimang Enterprises AVV/Nasimang Trust by Nand Sahni and Charanjit Sahni, Charanjit Sahni Custodian Angad Sahni UTMA, and Charanjit Sahni Custodian Simran Sahni UTMA v. Prudential Securities Incorporated, Stuart Sklar, Martin Kennedy, Andrea Klein, and Ash Rajan
NYSE Arbitration Number 2002-010156

Thank you.

