# ROBERT H. WEISS & ASSOCIATES P.C.

50 JERICHO TURNPIKE, SUITE 201
JERICHO, NY 11753

PHONE: (516) 876-4213
FAX: (516) 876-6906
EMAIL: Robert@RobertWeissLaw.com

May 13, 2002

Charanjit Sahni
110 Deer Run
Roslyn Heights, NY 11577

Dear Mr. Sahni:

In order to proceed with discovery with regard to your case, the follow information will be required from you. Please forward all documents listed below to our office as soon as possible. In the event such documents are not in your possession, please check the line next to the listed documents.

___PERSONAL TAX RETURNS

___BUSINESS TAX RETURNS

___OTHER BROKER STATEMENTS

___CERTIFIED FINANCIAL STATEMENT

___CORRESPONDENCE WITH BROKER/BROKER HOUSE

___TAPE RECORDINGS

___COPIES OF CONFIRMATIONS

___OPENING OF ACCOUNT (AGREEMENTS)

___RESUME

___BUSINESS (PARTNERSHIP AGREEMENTS)

___BUSINESS (OTHER BROKER STATEMENTS)

Please contact me via email at Melinda@Robertweisslaw.com. Please make specific reference to the documents in question. Please feel free to call me if you have trouble expressing the issue in an email.

WEISS 0150

This discovery phase should last between 3-9 months. After we have completed discovery, we will be ready to either settle or try your case. Your cooperation is crucial at this point.

Thank you very much for your attention to this matter.

Very truly yours,

*Melinda A Wald*

Melinda A. Wald
Paralegal
MAW:kac

WEISS 0151



**ROBERT H. WEISS & ASSOCIATES P.C.**
50 JERICHO TURNPIKE, SUITE 201
JERICHO, NY 11753

PHONE: (516) 876-4213
FAX: (516) 876-4906
EMAIL: Robert@Robertweisslaw.com

*VIA FACSIMILE & CERTIFIED MAIL TO*
*718-482-9669*

October 28, 2002

Michael Clements
Wall Street Consulting Group, Inc.
41-15 46th Street
Suite 3J
Sunnyside, NY 11104

Re:   Sahni, et al. v. Prudential Securities, et al.

Dear Mr. Clements:

Please be advised that we no longer require your services in connection with the above-referenced arbitration claim.

Please cease any further contact or communication with our clients. You should direct any inquiries and your final bill to the undersigned for our review.

Thank you.

Very truly yours,

Robert H. Weiss
Attorney for the Claimants

RHW:ge
cc:   Bernard Mark, Esq.

---

**MEMORY TRANSMISSION REPORT**

TIME    : OCT-29-2002 05:06PM
TEL NUMBER : +15169972114
NAME    : DUBIN DONNELLY

FILE NUMBER     : 051
DATE            : OCT-29 05:02PM
TO              : 8293729
DOCUMENT PAGES  : 001
START TIME      : OCT-29 05:02PM
END TIME        : OCT-29 05:06PM
SENT PAGES      : 001
STATUS          : OK
FILE NUMBER     : 051

*** SUCCESSFUL TX NOTICE ***

WEISS 0285

# ROBERT H. WEISS & ASSOCIATES P.C.

50 JERICHO TURNPIKE, SUITE # 201　　　　　　　　　PHONE:　(516) 876-4213
JERICHO, NY 11753　　　　　　　　　　　　　　　　　　FAX:　　(516) 997-2114

November 26, 2002

Douglas J. Schultz
Invest Securities Consulting, Inc.
301 Snowcrest
Westcliffe, CO 81252

Re:　Charanjit Sahni, et al. v. Prudential Securities, Inc., et al.
　　　NYSE Dkt #2002-010156

Dear Mr. Schultz:

Enclosed is a complete copy of the file for the above-referenced matter, which is scheduled for hearing in New York February 17 – 21, 2003.

Sincerely,

Robert H. Weiss

Enc.
cc: Thomas R. Ajamie, Esq.

WEISS 0007