# SCHIRRMEISTER AJAMIE

A REGISTERED LIMITED LIABILITY PARTNERSHIP
PENNZOIL PLACE - SOUTH TOWER
711 LOUISIANA, SUITE 2150
HOUSTON, TEXAS 77002
(713) 860-1600
FAX (713) 860-1699
www.salawfirm.com

THOMAS R. AJAMIE
tajamie@salawfirm.com

October 29, 2002

001.11

BY FACSIMILE AND
FIRST CLASS MAIL

Mr. Robert H. Weiss
Robert H. Weiss & Associates, P.C.
50 Jericho Turnpike, Suite 201
Jericho, NY 11753

Re: Charanjit Sahni, Harpreet Sahni, Nand K. Sahni and Nusimung Enterprises (the "Sahni Clients")

Dear Robert:

This letter sets forth our agreement to work together on behalf of the Sahni Clients. We will jointly represent the Sahni Clients in connection with their securities claims against Prudential Securities, Inc. and all other associated parties with respect to Prudential Securities account numbers: HKA-094629-23, HKA-094637-23, HKA-094581-23, and HKA-095638-23.

We will work with you on behalf of the Sahni Clients in preparing and presenting their claims against the parties who have caused the Sahni Clients financial loss. We will contribute 50% and you will contribute 50% of the cost and expense necessary to bring these matters to arbitration or settlement, and we will receive 50% and you will receive 50% of all proceeds that your firm is entitled to receive under its retainer agreement with the Sahni Clients.

You have consulted the Sahni Clients and you represent to us that they are aware of our participation in the matter and have consented to it.

Sincerely yours,

Thomas R. Ajamie

:dlm

AGREED to this _____ day of November, 2002:

ROBERT H. WEISS & ASSOCIATES, P.C.

By: _____
Robert H. Weiss

A-11

249.01

# ROBERT H. WEISS & ASSOCIATES, P.C.
50 JERICHO TURNPIKE, SUITE 201, JERICHO, NY 11753
516-875-4213   FAX 516-876-6906

## FACSIMILE TRANSMITTAL SHEET

TO: Thomas Ajamie

COMPANY:

FAX NUMBER:

PHONE NUMBER:

RE:

FROM: Robert H. Weiss / Melinda Weed

DATE: 10/31/02

TOTAL NO. OF PAGES INCLUDING COVER: 2

SENDER'S REFERENCE NUMBER:

YOUR REFERENCE NUMBER:

☐ URGENT   ☐ FOR REVIEW   ☐ PLEASE COMMENT   ☐ PLEASE REPLY   ☐ PLEASE RECYCLE

NOTES/COMMENTS: