# SCHIRRMEISTER AJAMIE

A REGISTERED LIMITED LIABILITY PARTNERSHIP
PENNZOIL PLACE - SOUTH TOWER
711 LOUISIANA, SUITE 2150
HOUSTON, TEXAS 77002
(713) 860-1600
FAX (713) 860-1699
www.salawfirm.com

THOMAS R. AJAMIE
tajamie@salawfirm.com

249.01
9.0

**FILE COPY**

December 13, 2002

BY FACSIMILE AND FIRST CLASS MAIL

Robert E. Kreuter, Esq.,
New York Stock Exchange, Inc.
20 Broad Street
New York, NY 10005

Re:   *Sahni, et al. v. Prudential Securities Incorporated, et al.*
      Docket No.: 2002-010156

Dear Mr. Kreuter:

I am working with Mr. Robert H. Weiss as co-counsel on behalf of claimants Charanjit Sahni and others in this matter. We recently received a list of three arbitrators that the Exchange had appointed in this matter. I understand, however, from Mr. Weiss' office that his office had requested the "Enhanced Procedure."

Please provide us with an Enhanced List at your earliest convenience.

Sincerely yours,

Thomas R. Ajamie

TRA:clb

cc:   Brian F. McDonough (Via Facsimile & First Class Mail)
      Drinker Biddle & Reath, LLP
      30 Broad Street, 30th Floor
      New York, NY 10004

      Robert H. Weiss (Via Facsimile & First Class Mail)
      Gregg R. Evangelist
      Law Offices of Robert H. Weiss & Associates, P.C.
      50 Jericho Turnpike, Suite 201
      Jericho, NY 11753

A-17

249.01
2.0

# DrinkerBiddle&Reath
L L P

Matthew Farley
212-248-3150
matthew.farley@dbr.com

*Law Offices*

30 Broad Street
30TH Floor
New York, NY
10004

212-248-3140
212-248-3141 fax
www.dbr.com

PHILADELPHIA
WASHINGTON
BERWYN
NEW YORK
LOS ANGELES
SAN FRANCISCO

DrinkerBiddle&Shanley LLP
PRINCETON
FLORHAM PARK

December 16, 2002

Robert Kreuter, Esq.
New York Stock Exchange, Inc.
20 Broad Street
New York, New York  10005

Re:   Sahni, et al. v. Prudential Securities Incorporated, et al.
      Docket No. 2002-010156

Dear Mr. Kreuter:

We are in receipt of a letter late Friday from Thomas Ajamie who advises that he is entering the case as co-counsel for the Claimants. We also note his request for an "Enhanced List", although we have no record of ever seeing a prior request in that regard by Mr. Weiss on behalf of the Claimant.

As you know, a Panel has already been appointed. We do not believe it appropriate to request an "Enhanced List" at this time, once an initial panel has in fact been appointed and its identity determined.

We are prepared to proceed with the current Panel.

Thank you.

Yours truly,

Matthew Farley

MF/gs
cc:   Robert Weiss, Esq.
      Thomas R. Ajamie, Esq.

*Established 1849*

AJ 50114

# DRINKER BIDDLE & REATH LLP

A Pennsylvania Limited Liability Partnership
30 Broad Street
New York, New York 10004

Main Number: (212) 248-3140
Fax: (212) 248-3141

**FROM:** Matthew Farley
**DIRECT DIAL:** 212-248-3150

**DATE:** December 17, 2002
**CLIENT/MATTER #:** 173544

### PLEASE DELIVER AS SOON AS POSSIBLE TO:

| | RECIPIENT | COMPANY | FAX NO. | PHONE NO. |
|---|---|---|---|---|
| 1. | Robert Kreuter | New York Stock Exchange, Inc. | (212) 656-2727 | (212) 656-3728 |
| 2. | Robert H. Weiss, Esq. | Law Offices of Robert H. Weiss & Associates | (516) 873-5906 | (516) 876-4213 |
| 3. | Thomas R. Ajamie, Esq. | Schirrmeister Ajamie | (713) 860-1699 | (713) 860-1600 |

Total number of pages including this page: 2.
If you do not receive all the pages, please call (212) 248-3140.

THIS TRANSMISSION IS INTENDED ONLY FOR THE PARTY TO WHOM IT IS ADDRESSED AND MAY CONTAIN PRIVILEGED AND CONFIDENTIAL INFORMATION. If you are not the intended recipient, you are hereby notified that any use, dissemination or copying of this transmission is prohibited. If you have received this transmission in error, please notify us immediately by telephone and return this transmission and any copies to us by mail. Thank you.

AJ 50115

2.0

249.01

## SCHIRRMEISTER AJAMIE
A REGISTERED LIMITED LIABILITY PARTNERSHIP
PENNZOIL PLACE - SOUTH TOWER
711 LOUISIANA, SUITE 2150
HOUSTON, TEXAS 77002
(713) 860-1600
FAX (713) 860-1699
www.salawfirm.com

THOMAS R. AJAMIE
tajamie@salawfirm.com

**FILE COPY**

December 23, 2002

**BY FACSIMILE AND U.S. FIRST CLASS MAIL**

Brian F. McDonough
Drinker Biddle & Reath, LLP
30 Broad Street, 30th Floor
New York, NY 10004

Re:   *Sahni, et al. v. Prudential Securities Incorporated, et al.*
Docket No.: 2002-010156

Dear Mr. McDonough:

Confirming my telephone conversation with you last week, I am scheduled for another NYSE arbitration the same week as this case. Thus, I will move for a continuance of the date in this case. Before doing so, I would like to try to work together to find a mutually convenient week.

We should let the Exchange know as soon as possible if we can agree on a week. If not, I want to file the motion now in order to give the Exchange advance notice. Claimants struck one of the recommended arbitrators and we should let the Exchange know that we need to schedule for another week before the new arbitrator is selected. Please call me as soon as you have had the chance to discuss this with your client.

Sincerely yours,

Thomas R. Ajamie

Thomas R. Ajamie

TRA:clb

cc:   Robert H. Weiss (Via Facsimile and U.S. First Class Mail)
Law Offices of Robert H. Weiss & Associates, P.C.
50 Jericho Turnpike, Suite 201
Jericho, NY 11753

AJ 50103

# SCHIRRMEISTER AJAMIE

A REGISTERED LIMITED LIABILITY PARTNERSHIP
PENNZOIL PLACE - SOUTH TOWER
711 LOUISIANA, SUITE 2150
HOUSTON, TEXAS 77002
(713) 860-1600
FAX (713) 860-1699
www.salawfirm.com



**To:** Brian F. McDonough

**Firm/Company:**

**From:** Thomas R. Ajamie

**Fax No:** (212) 248-3141         **Voice/Difficulty No:** *

**Date:** December 23, 2002         **Total # of Pages:** 2         **Account Code:** 249.01

## ●MESSAGE●

Please see attached.

## NOTICE OF CONFIDENTIALITY

The information contained in and transmitted with this facsimile is

1. **SUBJECT TO THE ATTORNEY-CLIENT PRIVILEGE;**
2. **ATTORNEY WORK PRODUCT; OR**
3. **CONFIDENTIAL.**

It is intended for the individual or entity designated above. You are hereby notified that any dissemination, distribution, copying, or use of or reliance upon the information contained in and transmitted with this facsimile by or to anyone other than the recipient designated above by the sender is *unauthorized* and *strictly prohibited*. If you have received this facsimile in error, please notify Schirrmeister Ajamie, L.L.P. by telephone at (713) 860-1600 immediately. Any facsimile erroneously transmitted to you should be immediately returned to the sender by U.S. Mail, or if authorization is granted by the sender, destroyed.

**If you do not receive all pages, please call: (713) 860-1600 for assistance.**

AJ 50104

# SCHIRRMEISTER AJAMIE

A REGISTERED LIMITED LIABILITY PARTNERSHIP
PENNZOIL PLACE - SOUTH TOWER
711 LOUISIANA, SUITE 2150
HOUSTON, TEXAS 77002
(713) 860-1600
FAX (713) 860-1699
www.salawfirm.com



**To:** Robert H. Weiss

**Firm/Company:**

**From:** Thomas R. Ajamie

**Fax No:** (516) 876-6906      **Voice/Difficulty No:** *

**Date:** December 23, 2002      **Total # of Pages:** 2      **Account Code:** 249.01

●MESSAGE●

Please see attached.

## NOTICE OF CONFIDENTIALITY

The information contained in and transmitted with this facsimile is

1. **SUBJECT TO THE ATTORNEY-CLIENT PRIVILEGE;**
2. **ATTORNEY WORK PRODUCT; OR**
3. **CONFIDENTIAL.**

It is intended for the individual or entity designated above. You are hereby notified that any dissemination, distribution, copying, or use of or reliance upon the information contained in and transmitted with this facsimile by or to anyone other than the recipient designated above by the sender is *unauthorized* and *strictly prohibited*. If you have received this facsimile in error, please notify Schirrmeister Ajamie, L.L.P. by telephone at (713) 860-1600 immediately. Any facsimile erroneously transmitted to you should be immediately returned to the sender by U.S. Mail, or if authorization is granted by the sender, destroyed.

**If you do not receive all pages, please call: (713) 860-1600 for assistance.**

AJ 50105

249.01
0.0

# DrinkerBiddle&Reath LLP

Brian F. McDonough
(212) 248-3160
brian.mcdonough@dbr.com

*Law Offices*

30 Broad Street
30TH Floor
New York, NY
10004

212-248-3140
212-248-3141 fax
www.dbr.com

PHILADELPHIA
WASHINGTON
BERWYN
NEW YORK
LOS ANGELES
SAN FRANCISCO

DrinkerBiddle&Shanley LLP
PRINCETON
FLORHAM PARK

December 30, 2002

**VIA FACSIMILE AND REGULAR MAIL**

Robert E. Kreuter, Esq.
Senior Attorney
New York Stock Exchange, Inc.
20 Broad Street
New York, New York 10005-2601

Re:  Sahni, et al. v. Prudential Securities Incorporated, et al.
     Docket No.: 2002-010156

Dear Mr. Kreuter:

We represent the respondents in this matter, in which Domitilia dos Santos was recently designated as a replacement non-public arbitrator following the claimants' peremptory challenge to Harry Aronsohn.

We are writing to inform you and the claimants that our firm does represent Salomon Smith Barney in a number of litigation matters. We are not their regular outside litigation counsel and have no knowledge of Ms. dos Santos personally. None of our engagements, past or current, involve her.

We do not believe this would pose an impediment to her service as an arbitrator in this matter, but are nevertheless making this disclosure to you and the claimants for whatever response may be deemed appropriate.

Very truly yours,

Brian F. McDonough

BFM:ls

cc:   Thomas R. Ajamie, Esq.
      Robert H. Weiss, Esq.

*Established 1849*

SFNY 95109v1

AJ 50095

# SCHIRRMEISTER AJAMIE

A REGISTERED LIMITED LIABILITY PARTNERSHIP

PENNZOIL PLACE - SOUTH TOWER

711 LOUISIANA, SUITE 2150

HOUSTON, TEXAS 77002

(713) 860-1600

FAX (713) 860-1699

www.salawfirm.com

THOMAS R. AJAMIE
tajamie@salawfirm.com

January 10, 2003

BY FACSIMILE AND U.S. FIRST CLASS MAIL

Brian F. McDonough
Drinker Biddle & Reath, LLP
30 Broad Street, 30th Floor
New York, NY 10004

Re:  *Sahni, et al. v. Prudential Securities Incorporated, et al.*
Docket No.: 2002-010156

Dear Brian:

My experts and I will need to review the original copies of the documents involving our clients. We are prepared to travel to your offices or to Prudential's offices to view these original documents. The original documents that we need to review with our experts include all the original account opening documents, option agreements, margin agreements, customer agreements, inter-office memos (such as Prudential 306), account review information forms, account review notes, FA active account worksheets, new account agreements, original compliance documents, trading authorizations, original order tickets, including attachments, and documents showing corrections or changes to orders or purchases for the claimants' accounts. We need to personally inspect all these documents, especially every document which includes any handwritten notes or markings made in pen or pencil.

We are available to go to New York as early as next week, depending on your schedule. Please let me know when and where we can arrive.

Sincerely yours,

Thomas R. Ajamie

TRA:clb

cc: Robert H. Weiss (Via Facsimile and U.S. First Class Mail)
Charanjit Sahni (Via Facsimile and U.S. First Class Mail)