249.01



**JAMES RICHARD HOOPER**
*Member of FL Bar*

**RAMON L MELENDEZ**
*Member of FL/MA Bar*

Of Counsel:
**J. MICHAEL PAPANTONIO**
*Member of FL Bar*

1 (866) FRAUD 911
1 (866) 372-8391

**ROBERT H. WEISS**
*Member of NY/DC Bar*

**RINA SPIEWAK**
*Member of NY/NJ Bar*

Of Counsel:
**MICHAEL BRADY LYNCH**
*Member of NJ/CA/DC Bar*

September 5, 2003

Thomas Ajamie, Esq.
Schirrmeister & Ajamie
711 Louisiana Street, 21st Floor
Houston, TX  77002

Dear Tom:

I was a bit taken back by your secretary's request for me to forward fees on Sunni Sahni's case. I will be willing to discuss these fees with you but you have not returned my last dozen telephone calls.

I am looking forward to seeing you in New York for the hearing. We can discuss these issues at that time.

Very truly yours,

Robert H. Weiss
RHW:maw

w-14

AJ 50828

815 North Garland Avenue, Orlando, FL  32801  •  50 Jericho Turnpike, Suite 201, Jericho, NY 11753