09.08.2003 sessions 1 and 2

NEW YORK STOCK EXCHANGE, INC.
HEARING BEFORE THE ARBITRATORS
----------------------------------------x
In the Matter of Arbitration
    Between:

CHARANJIT SAHNI, HARPREET SAHNI, NASIMANG
ENTERPRISES AVV/NASIMANG TRUST by NAND SAHNI and
CHARANJIT SAHNI, CHARANJIT SAHNI CUSTODIAN
ANGAD SAHNI UTMA, and CHARANJIT SAHNI CUSTODIAN
SIMRAN SAHNI UTMA,

                Claimants,

        - against -                    FIRST and SECOND
                                           SESSIONS
PRUDENTIAL SECURITIES INCORPORATED,
STUART SKLAR, MARTIN KENNEDY,
ANDREA KLEIN, and ASH RAJAN,

                Respondents.

----------------------------------------x

                    Regent Wall Street
                    55 Wall Street
                    New York, New York

                    September 8, 2003
                    9:45 a.m.


B E F O R E:

    ROBERT E. ANDERSON, ESQ.,
                    Chairman,
    ROBINA F. ASTI
    ROBIN R. HENRY,
                    Arbitrators.

A P P E A R A N C E S:

FOR THE CLAIMANTS:
    SCHIRRMEISTER AJAMIE, L.L.P.
        Pennzoil Place - South Tower
        711 Louisiana, Suite 2150
        Houston, Texas 77002

    BY: THOMAS R. AJAMIE, ESQ.
            - and -
        DEBORAH L. MALLOY, Legal Assistant

            - AND -

    SCHIRRMEISTER AJAMIE, L.L.P.
        1350 Avenue of the Americas
        New York, New York 10019

    BY: WALLACE A. SHOWMAN, ESQ.

Page 1

AJ 1

                    09.08.2003 sessions 1 and 2
                              - AND -

                ROBERT H. WEISS & ASSOCIATES, P.C.
                    50 Jericho Turnpike, Suite 201
                       Jericho, New York 11753

                BY:  ROBERT H. WEISS, ESQ.


        FOR THE RESPONDENTS:

                DRINKER BIDDLE & REATH LLP
                    30 Broad Street, 30th Floor
                    New York, New York 10004

                BY:  MATTHEW FARLEY, ESQ.,
                     BRIAN F. MCDONOUGH, ESQ.,
                     JENNIFER A. KLEAR, ESQ.
                         - and -
                     KATHLEEN DONOHUE, ESQ.


            A P P E A R A N C E S:  (Continued)

ALSO PRESENT:
        ROBERT E. KREUTER, ESQ.,
            Arbitration Counsel

        MARILYN MOLINA,
            Legal Assistant-NYSE
        CHARANJIT SAHNI
        HARPREET SAHNI
        STUART SKLAR
        MARTIN KENNEDY
        ANDREA KLEIN
        ASH RAJAN
        GREGORY P. CANDELA, ESQ.,
            Prudential Financial

        JAMES L. ROTHENBERG, ESQ.

        ROBERT LAU




            THE CHAIRMAN:  Back on the record.  This
is the second session in the matter of the
arbitration between the Sahni interests and
Prudential, et al.
            I would like to start, there are quite a
few people in the room today, I would like to start
by having each individual identify him or herself,
what your affiliation is and what your status is
with respect to whether it be testifying as a
witness, a party, et cetera.
                                        Page 2

09.09.2003 sessions 3 and 4

NEW YORK STOCK EXCHANGE, INC.
HEARING BEFORE THE ARBITRATORS
------------------------------------------x
In the Matter of Arbitration
    Between:

CHARANJIT SAHNI, HARPREET SAHNI, NASIMANG
ENTERPRISES AVV/NASIMANG TRUST by NAND SAHNI and
CHARANJIT SAHNI, CHARANJIT SAHNI CUSTODIAN
ANGAD SAHNI UTMA, and CHARANJIT SAHNI CUSTODIAN
SIMRAN SAHNI UTMA,

                    Claimants,

    - against -           THIRD and FOURTH
                          SESSIONS
PRUDENTIAL SECURITIES INCORPORATED,
STUART SKLAR, and MARTIN KENNEDY,
                  Respondents.
------------------------------------------x
                    Regent Wall Street
                    55 Wall Street
                    New York, New York
                    September 9, 2003
                    9:45 a.m.


B E F O R E:
    ROBERT E. ANDERSON, ESQ.,
                          Chairman,

    ROBINA F. ASTI
    ROBIN R. HENRY,
                          Arbitrators.


A P P E A R A N C E S:

FOR THE CLAIMANTS:

    SCHIRRMEISTER AJAMIE, L.L.P.
        Pennzoil Place - South Tower
        711 Louisiana, Suite 2150
        Houston, Texas 77002
    BY:  THOMAS R. AJAMIE, ESQ.
           - and -
        DEBORAH L. MALLOY,
        Legal Assistant

          - and -

    ROBERT H. WEISS & ASSOCIATES, P.C.
        50 Jericho Turnpike, Suite 201
        Jericho, New York 11753

    BY:  ROBERT H. WEISS, ESQ.

FOR THE RESPONDENTS:
    DRINKER BIDDLE & REATH LLP
        30 Broad Street, 30th Floor

Page 1

```
                    09.09.2003 sessions 3 and 4
                      New York, New York 10004
             BY:  MATTHEW FARLEY, ESQ.
                         - and -
                  BRIAN F. McDONOUGH, ESQ.

          ALSO PRESENT:

                ROBERT E. KREUTER, ESQ.
                    Arbitration Counsel
                CHARANJIT SAHNI
                HARPREET SAHNI
                STUART SKLAR
                MARTIN KENNEDY

          A P P E A R A N C E S:   (continued)

ALSO PRESENT:

        GREGORY P. CANDELA, ESQ.
            Prudential Financial
        JAMES L. ROTHENBERG, ESQ.
        ROBERT LAU
```

            THE CHAIRMAN: We are back on the record. This is the third session in the matter of the arbitration between the Sahni interests and Prudential.
            We are continuing with Mr. Kennedy's direct examination by Mr. Ajamie. I remind the witness he is still under oath.
            MR. FARLEY: Mr. Chairman, there's an item that we did not discuss yesterday, because it wasn't raised by counsel, and I didn't realize the turn it had taken.
            Sometime last week, a letter arrived from Mr. Sahni to Mr. Kreuter advising two things: 1, that Prudential Securities, Inc. is now named Prudential Equities Group; and, therefore, that perhaps some change to the caption is in order; and the second point of that letter said, and we think Wachovia should also be added as a party.
            We wrote back saying that we were indifferent on the first issue, because it was in fact a name change, didn't seem to matter a whole lot; but Wachovia is not a party. And we invited

Page 2

09.10.2003 sessions 5 and 6

NEW YORK STOCK EXCHANGE, INC.
HEARING BEFORE THE ARBITRATORS
----------------------------------------x
In the Matter of Arbitration
    Between:

CHARANJIT SAHNI, HARPREET SAHNI, NASIMANG
ENTERPRISES AVV/NASIMANG TRUST by NAND SAHNI and
CHARANJIT SAHNI, CHARANJIT SAHNI CUSTODIAN
ANGAD SAHNI UTMA, and CHARANJIT SAHNI CUSTODIAN
SIMRAN SAHNI UTMA,

                  Claimants,

    - against -         FIFTH and SIXTH
                            SESSIONS
PRUDENTIAL EQUITY GROUP, INC.,
STUART SKLAR, and MARTIN KENNEDY,
                Respondents.
----------------------------------------x
                        Regent Wall Street
                        55 Wall Street
                        New York, New York
                        September 10, 2003
                        9:40 a.m.


B E F O R E:
    ROBERT E. ANDERSON, ESQ.,
                      Chairman,

    ROBINA F. ASTI
    ROBIN R. HENRY,
                      Arbitrators.


A P P E A R A N C E S:

FOR THE CLAIMANTS:
    SCHIRRMEISTER AJAMIE, L.L.P.
        Pennzoil Place - South Tower
        711 Louisiana, Suite 2150
        Houston, Texas 77002

    BY:  THOMAS R. AJAMIE, ESQ.,
        DEBORAH L. MALLOY, Legal Assistant
          - and -
        TWILA HUSO, Legal Assistant
          - AND -
    SCHIRRMEISTER AJAMIE, L.L.P.
        1350 Avenue of the Americas
        New York, New York 10019
    BY:  WALLACE A. SHOWMAN, ESQ.
        (Fifth Session Only)

        - AND -

    ROBERT H. WEISS & ASSOCIATES, P.C.
        50 Jericho Turnpike, Suite 201
        Jericho, New York 11753
                Page 1

```
                    09.10.2003 sessions 5 and 6

          BY:  ROBERT H. WEISS, ESQ.

          FOR THE RESPONDENTS:
               DRINKER BIDDLE & REATH LLP
                    30 Broad Street, 30th Floor
                    New York, New York 10004
          BY:  MATTHEW FARLEY, ESQ.
                    - and -
               BRIAN F. McDONOUGH, ESQ.



               A P P E A R A N C E S:   (continued)

     ALSO PRESENT:
          ROBERT E. KREUTER, ESQ.
               Arbitration Counsel

          CHARANJIT SAHNI

          HARPREET SAHNI

          STUART SKLAR

          MARTIN KENNEDY

          GREGORY P. CANDELA, ESQ.,
               Prudential Financial
          JAMES L. ROTHENBERG, ESQ.
          ROBERT LAU
          JOHN CIONE
```

         THE CHAIRMAN:  We will go back on the
record.  This is the fifth session in the matter of
the arbitration between the Sahni interests and
Prudential.
         As the first order of business this
morning, claimants have offered a binder containing
the account statements for the four accounts at
issue, and those will be received into evidence as
Claimants' 57.  The entire binder will be marked as
Claimants' 57.
         (Received in evidence.)
         MS. ASTI:  We can't proceed.  I don't
have a pen.
         THE CHAIRMAN:  You do now (handing).
         MS. ASTI:  Thank you.
         THE CHAIRMAN:  Okay.  Very good.
         MR. AJAMIE:  And then, Mr. Chairman, what
we have done, and maybe I can let the respondents'
lawyers look at this, they gave us order tickets,
                        Page 2

09.12.2003 sessions 9 and 10

NEW YORK STOCK EXCHANGE, INC.
HEARING BEFORE THE ARBITRATORS
----------------------------------------x
In the Matter of Arbitration
    Between:

CHARANJIT SAHNI, HARPREET SAHNI, NASIMANG
ENTERPRISES AVV/NASIMANG TRUST by NAND SAHNI and
CHARANJIT SAHNI, CHARANJIT SAHNI CUSTODIAN
ANGAD SAHNI UTMA, and CHARANJIT SAHNI CUSTODIAN
SIMRAN SAHNI UTMA,

                    Claimants,

   - against -                 9th and 10th
                                SESSIONS

PRUDENTIAL EQUITY GROUP, INC.,
STUART SKLAR, and MARTIN KENNEDY,
              Respondents.
----------------------------------------x
                        Regent Wall Street
                        55 Wall Street
                        New York, New York
                        September 12, 2003
                        9:40 a.m.

B E F O R E:
     ROBERT E. ANDERSON, ESQ.,
                       Chairman,

     ROBINA F. ASTI
     ROBIN R. HENRY,
                       Arbitrators.


A P P E A R A N C E S:

FOR THE CLAIMANTS:

     SCHIRRMEISTER AJAMIE, L.L.P.
         Pennzoil Place - South Tower
         711 Louisiana, Suite 2150
         Houston, Texas 77002
     BY:  THOMAS R. AJAMIE, ESQ.
         DEBORAH L. MALLOY, Legal Assistant
           - and -
         TWILA HUSO, Legal Assistant

         - AND -

     ROBERT H. WEISS & ASSOCIATES, P.C.
         50 Jericho Turnpike, Suite 201
         Jericho, New York 11753

     BY:  ROBERT H. WEISS, ESQ.

FOR THE RESPONDENTS:
     DRINKER BIDDLE & REATH LLP
         30 Broad Street, 30th Floor

Page 1

AJ 358

```
                    09.12.2003 sessions 9 and 10
                    New York, New York 10004
            BY:   MATTHEW FARLEY, ESQ.
                    - and -
                  BRIAN F. McDONOUGH, ESQ.

    ALSO PRESENT:

            ROBERT E. KREUTER, ESQ.,
                  Arbitration Counsel
            CHARANJIT SAHNI
            HARPREET SAHNI
            STUART SKLAR


    A P P E A R A N C E S:   (Continued)

    ALSO PRESENT:
            MARTIN KENNEDY
            GREGORY P. CANDELA, ESQ.,
                  Prudential Financial

            ROBERT LAU

            JOHN CIONE
```

        THE CHAIRMAN: We are back on the
record. This is the ninth session in the matter of
the arbitration between the Sahni family interests
and Prudential.
        We'll start this morning with the new
witness. Would you swear the witness in, please.
R O B E R T   E.   M O R R I S S E Y,   J R.,
        having been first duly sworn by the Notary
        Public, was examined and testified as
        follows:
        THE COURT REPORTER: Would you state your
full name for the record, please.
        THE WITNESS: Robert E. Morrissey, Jr.
DIRECT EXAMINATION
BY MR. AJAMIE:
        Q    Good morning, Mr. Morrissey.
        A    Good morning.
        Q    My name is Tom Ajamie. I'm a lawyer for
the Sahni family.
        Have you ever given testimony before in
an arbitration proceeding?

                                        Page 2

AJ 359

12.01.2003 sessions 11 and 12

NEW YORK STOCK EXCHANGE, INC.
HEARING BEFORE THE ARBITRATORS
------------------------------------x
In the Matter of the Arbitration
      Between:
CHARANJIT SAHNI, HARPREET SAHNI,
NASIMANG ENTERPRISES AVY/NASIMANG
TRUST by NAND SAHNI and CHARANJIT
SAHNI, CHARANJIT SAHNI CUSTODIAN
ANGAD SAHNI UTMA, and CHARANJIT
SAHNI CUSTODIAN SIMRAN SAHNI UTMA,

                    Claimants,

       -against-

PRUDENTIAL SECURITIES INCORPORATED,
STUART SKLAR, MARTIN KENNEDY,
ANDREA KLEIN, and ASH RAJAN,

                    Respondents.
------------------------------------x
              20 Broad Street
              Hearing Board Room II
              December 1, 2003
              10:45 a.m.

BEFORE:

       ROBERT E. ANDERSON, ESQ., Chairperson
       ROBINA F. ASTI, Arbitrator
       ROBIN R. HENRY, Arbitrator


        A P P E A R A N C E S :
FOR THE CLAIMANTS:
SCHIRRMEISTER AJAMIE, L.L.P.
Pennzoil Place, South Tower
711 Louisiana, Suite 2150
Houston, Texas 77002
BY:   THOMAS R. AJAMIE, ESQ.,
      DEBORAH L. MOLLOY, Legal Assistant
      TWILA HUSO, Legal Assistant
          -and-
ROBERT H. WEISS & ASSOCIATES, P.C.
50 Jericho Turnpike, Suite 201
Jericho, New York 11753
BY:   ROBERT H. WEISS, ESQ.

FOR THE RESPONDENTS:
DRINKER BIDDLE & REATH LLP
30 Broad Street
New York, New York 10004
BY:   MATTHEW FARLEY, ESQ.
      KATHLEEN DONOHUE, ESQ.
ALSO PRESENT:
   ROBERT E. KREUTER, ESQ.,
   Arbitration Counsel

                          Page 1

AJ 442

```
                    12.01.2003 sessions 11 and 12
MARILYN MOLINA, Legal Assistant-NYSE
CHAANJIT SAHNI
HARPREET SAHNI
JOHN CIONE
```

THE CHAIRPERSON: We are back on the record, this is the 11th session in the matter of the arbitration between Sahni interests and Prudential.

One thing, just as a way of additional disclosure; I recently started a Prudential arbitration involving another claimant at the NASD, that proceeding is ongoing, just putting that out there so people know what I am doing.

MR. FARLEY: You're arbitrating, not prosecuting?

THE CHAIRPERSON: Yes, that would be tricky.

The panel has also met in executive session in regard to the additional discovery requests and we are satisfied with the responses that we have received from respondent, and to the extent there is any followup you need to do on those, please complete the process, I believe you have indicated a few of them you are still trying to find things, you have made inquiries, and it possibly hasn't come back to you yet; if that's the case, follow through on that, but we are satisfied with the responses.

MR. FARLEY: There has already been followup on the open items.

MR. AJAMIE: May I receive clarification on some of these then, please.

THE CHAIRPERSON: I think everything really the panel is interested in and concerned with has been stated in the responses and specifically numbered in accordance matching with your requests, that's about as far as we want to take it.

MR. AJAMIE: No. 1, branch supervision, just so I am clear, I guess they have something that Ms. Tsighis has collected over a period of time and is that available for me to see?

MR. FARLEY: Well, we have the five manuals that are described as not Ms. Tsighis's set, another set we have procured and we made it available to you since the day you got my letter.

MR. AJAMIE: And still

Page 2

12.02.2003 sessions 13 and 14

NEW YORK STOCK EXCHANGE, INC.
HEARING BEFORE THE ARBITRATORS
------------------------------------x
In the Matter of Arbitration
    Between:
CHARANJIT SAHNI, HARPREET SAHNI,
NASIMANG ENTERPRISES AVY/NASIMANG
TRUST by NAND SAHNI and CHARANJIT
SAHNI, CHARANJIT SAHNI CUSTODIAN
ANGAD SAHNI UTMA, and CHARANJIT
SAHNI CUSTODIAN SIMRAN SAHNI UTMA,

              Claimants,

    -against-

PRUDENTIAL SECURITIES INCORPORATED,
STUART SKLAR, MARTIN KENNEDY,
ANDREA KLEIN, and ASH RAJAN,

              Respondents.
------------------------------------x
          20 Broad Street
          Hearing Board Room II
          December 2, 2003
          11:00 a.m.

BEFORE:

    ROBERT E. ANDERSON, ESQ., Chairperson
    ROBINA F. ASTI, Arbitrator
    ROBIN R. HENRY, Arbitrator

A P P E A R A N C E S :
FOR THE CLAIMANTS:
SCHIRRMEISTER AJAMIE, L.L.P.
Pennzoil Place, South Tower
711 Louisiana, Suite 2150
Houston, Texas 77002
BY:   THOMAS R. AJAMIE, ESQ.,
      DEBORAH L. MOLLOY, Legal Assistant

     -and-

ROBERT H. WEISS & ASSOCIATES, P.C.
50 Jericho Turnpike, Suite 201
Jericho, New York 11753
BY:    RINA SPIEWAK, ESQ.

FOR THE RESPONDENTS:

DRINKER BIDDLE & REATH LLP
30 Broad Street
New York, New York 10004
BY:   MATTHEW FARLEY, ESQ.
      BRIAN F. McDONOUGH, ESQ.
      KATHLEEN DONOHUE, ESQ.

Page 1

AJ 487

12.02.2003 sessions 13 and 14
ALSO PRESENT:
    ROBERT E. KREUTER, ESQ.,
    Arbitration Counsel
    MARILYN MOLINA, Legal Assistant-NYSE
    CHARANJIT SAHNI
    HARPREET SAHNI
    STUART SKLAR
    MARTIN KENNEDY
    ASH RAJAN
    GREGORY P. CANDELA, ESQ.
    ROBERT LAU
    JOHN CIONE
    LINDA BLAKEY
    CAROLYN ANTHONY
    STEVE LITTLE
    JINEEN PAVESI, Court Reporter

    THE CHAIRPERSON: Back on the record, this is the 13th session in the matter of the arbitration between the Sahni interests and Prudential.
    We are starting with a new witness this morning and also there is a new gentleman in the back.
    MR. AJAMIE: He is with us.
    MR. BENTZ: Matthew Bentz.
    THE CHAIRPERSON: Counsel, go ahead.
L I N D A   B L A K E Y,
having first been duly sworn by a Notary Public of the State of New York, was examined and testified as follows:
DIRECT EXAMINATION
BY MR. AJAMIE:
    Q. Good morning.
    A. Good morning.
    Q. Ms. Blakey, my name is Tom Ajamie and I am a lawyer for the Sahni family and they have brought a claim against Prudential for money lost due to the handling of their account at Prudential.
    BLAKEY - DIRECT
    Are you aware of that?
    A. Yes, I am.
    Q. Have you ever given testimony before in an arbitration proceeding?
    A. No, I have not.
    Q. Have you given a deposition?
    A. No, I have not.
    Q. What we are going to do today is I am going to ask you some questions about your involvement in the credit department.
    Do you understand?
    A. Yes.
    Q. I need you to speak out loud because everything you say is being taken down by the lady at your left and is being transcribed for us, okay?

Page 2

AJ 488

```
                    04.01.2004 session 26
          NEW YORK STOCK EXCHANGE, INC.
          HEARING BEFORE THE ARBITRATORS
          ----------------------------------x
          In the Matter of Arbitration
                  Between:
          CHARANJIT SAHNI, HARPREET SAHNI,
          NASIMANG ENTERPRISES AVV/NASIMANG   SESSION 26
          TRUST BY NAND SAHNI and CHARANJIT
          SAHNI, CHARANJIT SAHNI CUSTODIAN
          ANGAD SAHNI UTMA, and CHARANJIT
          SAHNI CUSTODIAN SIMRAN SAHNI UTMA,

                      Claimants,

                  -against-

          PRUDENTIAL SECURITIES INCORPORATED,
          STUART SKLAR, MARTIN KENNEDY,
          ANDREA KLEIN, and ASH RAJAN,

                      Respondents.
          ----------------------------------x
                      NYSE ARBITRATION
                      20 Broad Street, Fifth Floor
                      New York, New York
                      Thursday, April 1, 2004
                      10:10 a.m.

          B E F O R E:

                  ROBERT E. ANDERSON, ESQ.,
                           Chairman
                  ROBINA F. ASTI
                  ROBIN R. HENRY,

                          Arbitrators.




          ALSO PRESENT:

                  ROBERT S. KREUTER, ESQ.,
                      Arbitration Counsel

                  MARILYN MOLINA,
                      Legal Assitant-NYSE

                  CHARANJIT SAHNI
                  HARPREET SAHNI
                  STUART SKLAR
                  MARTIN KENNEDY
                  ANDREA KLEIN
                  ASH RAJAN
                  GREGORY P. CANDELA, ESQ.
                      Prudential Financial
                  JAMES L. ROTHENBERG, ESQ.
                  ROBERT LAU


                          Page 1
```

AJ 976

04.01.2004 session 26

A P P E A R A N C E S:
FOR THE CLAIMANTS:

    SCHIRRMEISTER AJAMIE, LLP
        Pennzoil Place - South Tower
        711 Louisiana, Suite 2150
        Houston, Texas  77002

    BY:  THOMAS R. AJAMIE, ESQ. and
         TWILA HUSO, Legal
        Assistant

    SCHIRRMEISTER AJAMIE, LLP
        1350 Avenue of the Americas
        New York, New York  10019

    BY:  WALLACE A. SHOWMAN, ESQ.

        -AND-

    ROBERT H. WEISS & ASSOCIATES, P.C.
        50 Jericho Turnpike, St. 201
        Jericho, New York  11753

    BY:  ROBERT H. WEISS, ESQ.

FOR THE RESPONDENTS:

    DRINKER BIDDLE & REATH, LLP
        30 Broad Street, 30th Floor
        New York, New York  10004

    BY:  MATTHEW FARLEY, ESQ.
        BRIAN F. MC DONOUGH, ESQ.
        JENNIFER A. KLEAR, ESQ. and
        KATHLEEN DONOHUE, ESQ.

E X H I B I T S

| ARBITRATOR NUMBER | DESCRIPTION | EVIDENCE |
|---|---|---|
| 3 | Letter dated March 25, 2004 | 2429 |
| 4 | Mr. Farley's March 30, 2004 letter | 2430 |
| 5 | Mr. Kreuter's March 31, 2004 | 2431 |

Page 2

AJ 977