February 16, 2004

RE: Sahni vs. Prudential

This agreement will confirm our agreement today to revise our original letter agreement concerning fees and services in this case, dated October 29, 2002.

We agree to amend that agreement to reflect that Ajamie, L.L.P. will receive 66% of all fees recovered in this case, and Robert H. Weiss & Associates, P.C. will receive 34% of all fees recovered. Mr. Ajamie agrees to handle the case and continue to try it before the NYSE panel. Mr. Ajamie will continue to pay all expenses (which he will recover first before the fees are divided 66% - 34%).

Mr. Weiss also agrees to pay from his 34% all amounts due to other lawyers or law firms who make a claim or lien against this case. Mr. Weiss will defend, settle or resolve those claims without recourse to you or the Sahni Family.


ROBERT H. WEISS, ESQUIRE
50 Jericho Turnpike
Jericho NY 11753

THOMAS R. AJAMIE, ESQUIRE
711 Louisiana Street, Suite 2150
Houston TX 77002

WEISS   0099