# HOOPER & WEISS, LLC

**MES RICHARD HOOPER**
Member of FL Bar

**ROBERT H. WEISS**
Member of NY/DC Bar

1 (866) FRAUD 911
1 (866) 372-8391

Of Counsel:
**MAUREEN G. CAJOUX**
Member of NJ Bar
**MICHAEL BRADY LYNCH**
Member of FL/NJ/CA/DC Bar
**RAMON I. MELENDEZ**
Member of FL/MA Bar
**STEPHEN D. MURAKAMI**
Member of NY Bar
**J. MICHAEL PAPANTONIO**
Member of FL Bar

**CERTIFIED MAIL-RETURN RECEIPT REQUESTED**

February 23, 2004

Mr. Charanjit Sahni
Mr. Harpreet Sahni
N and K Sahni
Nasimang Enterprises AW

Re: Sahni et al v. Prudential Securities, Inc.

Dear Clients:

As you know, my law firm and the law firm of Schirrmeister, Ajamie, LLP, have been representing you in an ongoing securities arbitration matter against Prudential Securities, Inc. pursuant to your retainer agreement with my law firm dated April 1, 2002.

Mr. Ajamie and I have revised the cooperation agreement between our law firms to amend the formula under which our law firms will share legal fees and responsibility for advancing the expenses of prosecuting your claims.

Please be assured that the revision in the agreement between my law firm and Mr. Ajamie's law firm does not increase the amount of fees and expenses that will be payable by you upon the resolution of your claims. The terms of your April 1, 2002 retainer agreement with my law firm remain unchanged.

Thank you for your continuing to place your trust and confidence in us. Please call me if you have any questions or if you wish to discuss this matter.

Very truly yours,

ROBERT H. WEISS & ASSOCIATES, P.C.

BY: _____
ROBERT H. WEISS

cc: Thomas Ajamie, Esq.
    Daniel S. Komansky, Esq.

*#7*
*Memo 11/28/06*