

Pennzoil Place - South Tower
711 Louisiana, Suite 2150
Houston, Texas 77002
www.ajamie.com
713 860 1600 telephone
713 860 1699 facsimile

Thomas R. Ajamie
tajamie@ajamie.com

249.01

**CONFIDENTIAL**

March 1, 2006

**By Facsimile and
First Class Mail**

Brian Rosner
Rosner, Moscow & Napierala, LLP
26 Broadway - 22nd Floor
New York, New York 10004-1808

      Re:   *Sahni, et al. v. Prudential Equity Group, Inc.*
             NYSE Docket No.: 2002-010156

Dear Brian:

     My understanding of the agreement between Ajamie LLP and Rosner, Moscow & Napierala, LLP is as follows: should there be a recovery, one-third of the recovery will be applied to counsel's fees including out-of-pocket costs. Of this one-third, out-of-pocket costs will be reimbursed first. Of any remaining amounts, RMNLPP will receive 10% of the first $1,000,000, 15% of the second $1,000,000, and 25% of any amount above $2,000,000.

     Having agreed to this, if you do not believe that this agreement will fairly compensate your law firm for its work, I am willing to amend the agreement to address your concerns. I value your work on this matter, and want to make sure that your firm is compensated fairly.

Sincerely yours,

Thomas R. Ajamie

TRA:glt
16021

JM 00010