UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRUDENTIAL EQUITY GROUP, LLC,

            Plaintiff,

v.

THOMAS R. AJAMIE, AJAMIE LLP, ROBERT WEISS, ROBERT H. WEISS & ASSOCIATES, LLP, JOHN MOSCOW, BRIAN ROSNER, ROSNER NAPIERALA LLP, DAVID ROBBINS, KAUFMANN FEINDER YAMIN GILDIN & ROBBINS, LLP, WALLACE SHOWMAN, BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP, ROBERT KRAUS, KRAUS & ZUCHLEWSKI LLP, MARTIN KROLL, KROLL, MOSS & KROLL LLP, JOHN DOES 1-25, AND ABC CORPORATIONS 1-25,

            Defendants.

No. 07-CV-5606 (JSR)

**Stipulation and Order of**
**Substitution of Counsel**

IT IS HEREBY STIPULATED AND CONSENTED THAT Robert Kraus of Kraus & Zuchlewski LLP, 500 Fifth Avenue, Suite 5100, New York, New York 10110, be substituted as attorney of record for Defendants/Cross Claimants/Cross Defendants Thomas R. Ajamie, Ajamie LLP, and Wallace Showman in the above entitled action in place and stead of the Law Offices of Eric J. Grannis as of the date hereof.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-8-08

Dated as of: February 6, 2008
New York, New York

Respectfully Submitted,

| KRAUS & ZUCHLEWSKI LLP | LAW OFFICES OF ERIC J. GRANNIS |
|---|---|
| By: *[signature]* | By: *[signature]* |
| Robert Kraus (9354) | Eric J. Grannis (EG 8403) |
| 500 Fifth Avenue, Suite 5100 | 620 Fifth Avenue |
| New York, New York 10110-5197 | New York, New York 10020-2457 |
| Phone: (212) 869-4646 | Phone: (212) 903-1025 |
| Fax: (212) 869-4648 | Fax: (212) 208-4597 |

SO ORDERED:

*[signature]*

Honorable Jed S. Rakoff
United States District Judge

2-8-08

**Judy Binus**

| | |
|---|---|
| **From:** | Judy Binus |
| **Sent:** | Friday, February 08, 2008 9:56 AM |
| **To:** | 'orders_and_judgments@nysd.uscourts.gov' |
| **Cc:** | Robert Kraus; 'dszak@ajamie.com' |
| **Subject:** | 07-cv-5606 (JSR) - Stipulation and Order of Substitution of Counsel |