UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

PRUDENTIAL EQUITY GROUP, LLC

                Plaintiff,

-against –

THOMAS R. AJAMIE, AJAMIE LLP, et al.,

                Defendants.

DISCLOSURE PURSUANT TO F.R.C.P. 26(a)(3) FOR ROBERT WEISS & ROBERT H. WEISS & ASSOCIATES LLP

No. 07 CV 5606 (JSR)

-----------------------------------------------------------------X

Pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure, defendants Robert Weiss and Robert H. Weiss & Associates LLP, makes the following Disclosures:

A.    WITNESSES

    (i)    The following person will testify:

        Robert Weiss

B.    DEPOSITION TESTIMONY

    No deposition testimony will be used on case-in-chief

C.    EXHIBITS

1. Retainer between Sahni and Robert H. Weiss.

2. First Fee Sharing Agreement between Ajamie and Weiss.

3. Amended Fee Sharing Agreement between Ajamie and Weiss.

4. Decision by Hon. Walter B. Tolub confirming Sahni Arbitration amount, dated December 15, 2006.

5. Order, dated July 31, 2007, authorizing deposit of funds in the Court system.

6. Letter to Sahni from Weiss dated May 13, 2002.

7. Memorandum to Robert H. Weiss from Gregg R. Evangelist, dated December 5, 2002.

8. Memorandum to Steven Feinberg from Rina Spiewak, dated August 11, 2003.

9. Statement of Claim, dated April 16, 2002.

10. Excerpts of Transcripts for Sahni Arbitration: September 8, 2003; September 9, 2003; September 10, 2003; September 12, 2003; December 1, 2003; December 2, 2003; and April 1, 2004.

Dated: New York, NY
March 17, 2008

Richard M. Maltz, PLLC
By: _____
Richard M. Maltz (RM 5627)

488 Madison Avenue, 10th Floor
New York, NY 10022
Phone: (212) 705-4804
Fax: (347) 438-2087
Attorney for Robert Weiss and Robert H. Weiss & Associates LLP

TO: John Moss, Esq.    (By: e-mail and first class mail)
Defendant Martin Kroll, Esq.,
Kroll, Moss & Kroll, LLP
400 Garden City Plaza – Suite 310
Garden City, NY 11530-3322