| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK ELECTRONICALLY<br>-------------------------------------------------------------------X<br><br>PRUDENTIAL EQUITY GROUP, LLC,<br><br>PURSUANT<br>                            Plaintiff,<br><br>  - against -<br><br>THOMAS R. AJAMIE, AJAMIE LLP, ROBERT WEISS, ROBERT H. WEISS & ASSOCIATES, LLP, JOHN MOSCOW, ROSNER NAPIERALA, LLP, BRIAN ROSNER, DAVID ROBBINS, KAUFMANN FEINDER YAMIN GILDIN & ROBBINS, LLP, WALLACE SHOWMAN, BERNSTEIN LITOWITZ BERGER & GROSSMAN LLP, ROBERT KRAUS, KRAUS & ZUCHLEWSKI LLP, MARTIN KROLL, KROLL, MOSS & KROLL, LLP, JOHN DOES 1-25, and ABC CORPORATIONS 1-25,<br><br>                            Defendants.<br><br>-------------------------------------------------------------------X | THIS DOCUMENT HAS BEEN FILED.<br><br>DISCLOSURE<br><br>TO F.R.C.P. 26(a)(3) FOR MARTIN N. KROLL AND KROLL, MOSS & KROLL, LLP<br><br>Case No. 07 CIV 5606 (JSR) |

       Defendants, MARTIN N. KROLL ("Kroll") and KROLL, MOSS & KROLL, LLP (collectively the KMK Defendants), hereby make the following disclosures pursuant to F.R.C.P. 26(a)(3):

       **A.**    **WITNESSES**

       1.    The following person will testify:

            Martin N. Kroll

       **B.**    **DEPOSITION TESTIMONY**

       No deposition testimony will be used on case-in-chief.

       **C.**    **EXHIBITS**

1. Retainer dated August 30, 2001.
2.
3. Letter dated September 6, 2001, to Sheldon Eisenberg, Esq., from KMK, for return of materials.
4. Letter dated September 6, 2001, to Investor Recovery Service from KMK, for return of materials.
5. Letter dated October 16, 2001, to Prudential, from KMK, for return of materials.
6. Letter dated November 7, 2001, to Prudential, from KMK, transmitting authorization.
7. Letter dated October 2, 2001, to Secure Financial requesting analysis.
8. Letter dated November 1, 2001, to John Duval transmitting documents.
9. Letter dated November 6, 2001, to John Duval transmitting materials from T.D. Waterhouse.
10. Letter dated November 21, 2001, to John Duval transmitting Draft Statement of Claim.
11. Letter dated December 19, 2001, to John Duval transmitting revised Statement of Claim, Tolling Agreement and letter to Prudential.
12. Draft Statement of Claim.
13. Draft Tolling Agreement.
14. Letter dated January 8, 2002, to Prudential.
15. Letter dated January 28, 2002, requesting response from Prudential.
16. Letter dated February 20, 2002, to Gregory Candela at Prudential, regarding position.
17. Letter dated October 16, 2001, to Sahni requesting documents.
18. Letter dated November 26, 2001, to Sahni requesting documents.
19. Letter dated March 22, 2002, to Michael Clements transmitting Statement of Claim.
20. Letter dated March 26, 2002, to Sahni confirming settlement offer and rejection by Sahni.
21. Letter dated April 2, 2002, to Sahni urging legal fees.
22. Letter dated September 12, 2006, to Sahni, asserting our claim for fees.
23. Letter dated September 14, 2006, to Sahni, asserting our claim for fees.
24. Facsimile dated September 20, 2006, from Sahni advising of new counsel contact.
25. Letter dated September 25, 2006, to Sahni's counsel urging legal fees.

26.     Letter dated October 13, 2006, making final demand on Sahni for payment of fees.

**DATED:     Garden City, New York
            March 18, 2007**

                                            **S/**_____
**MARTIN N. KROLL (MK-1222)
KROLL, MOSS & KROLL, LLP
Defendants Pro Se
400 Garden City Plaza
Garden City, New York 11530
516-873-8000**

**TO:     RICHARD M. MALTZ, ESQ.
         FRANKFURT KURNIT KLEIN & SELZ PC
         Attorneys for ROBERT WEISS, ESQ. and ROBERT H. WEISS &
              ASSOCIATES, LLP
         488 Madison Avenue
         New York, New York 10022**

JKM/kh
Z:\Docs\SAHNI\USDC\DISCLOSE-2.wpd